CO 538
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

DANIEL PARISI, et al.,
_____

Plaintiff(s)

vs.

Civil Action No. 10-897-RJL
_____

LAWRENCE W. SINCLAIR a/k/a "Larry Sinclair", et al.,
_____

Defendant(s)

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this 30th day of June , 2010 , that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s)

Sinclair Publishing, Inc.

was [were] (select one):

☑  personally served with process on June 7, 2010 .

☐  served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):_____.

☐  served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): _____.

☐  The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: _____.

I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)

☑  no extension has been given and the time for filing has expired

☐  although an extension has been given, the time for filing has expired;

and the defendant is neither an infant nor an incompetent person. Sinclair Publishing, Inc. has indicated it will not file an answer.  (Ex. 1).

The Clerk is requested to enter a Default against said defendant(s).

_____
Attorney for Plaintiff(s) [signature]
Richard J. Oparil
Patton Boggs LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6000

409723
_____

Bar Id. Number

Name, Address and Telephone Number