UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL PARISI,<br>WHITEHOUSE.COM INC.,<br>WHITEHOUSE NETWORK LLC,<br>WHITE HOUSE COMMUNICATIONS INC.,<br><br>Plaintiffs<br><br>v.<br><br>JEFFREY RENSE,<br>LAWRENCE W. SINCLAIR a/k/a "Larry Sinclair,"<br>BARNES & NOBLE, INC.,<br>BARNESANDNOBLE.COM LLC,<br>AMAZON.COM, INC.,<br>BOOKS-A-MILLION, INC., and<br>SINCLAIR PUBLISHING, INC.,<br><br>Defendants. | Civil Action<br>No. 1:10-cv-00897-RJL |

## RESPONSE OF DEFENDANT AMAZON.COM, INC. TO PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT SINCLAIR PUBLISHING, INC.

Pursuant to Local Rule 7(b), Defendant AMAZON.COM, INC. ("Amazon.com"), through its attorneys, K&L Gates LLP, responds to Plaintiffs' Motion for Default Judgment Against Defendant Sinclair Publishing, Inc. as follows:

1.   Plaintiffs request a default judgment against Defendant Sinclair Publishing, Inc. in the amount of $5 million. The request is based almost entirely on Plaintiffs' own pleadings. The grounds for the relief requested appear to be that Defendant Sinclair Publishing, Inc. has not yet retained counsel and thus has not responded to the complaint.

2. Amazon.com, along with other defendants, has appeared in this case, and has obtained an extension of time to respond to the complaint. Amazon.com opposes the allegations in Plaintiffs' complaint.

3. In a case involving multiple defendants, a default judgment should not be entered against one defendant for failure to appear or answer when other defendants remain, have appeared in the action, and inconsistent results will necessarily arise from the entry of default judgment. *See Whelan v. Abell*, 953 F.2d 663, 674-75 (D.C. Cir. 1992); 10A C. Wright, A. Miller & M. Kane, Federal Practice & Procedure § 2690 (2010). The prospect of inconsistent results arises when multiple defendants either face alleged joint liability or have closely related defenses. 10A C. Wright, A. Miller & M. Kane, Federal Practice & Procedure § 2690; *Nelson v. Nationwide Mortgage Corp.*, 659 F. Supp. 611, 615 (D.D.C. 1987); *United States v. Peerless Ins. Co.*, 374 F.2d 942 (4th Cir. 1967). Although Amazon.com has grounds to defend independent of those that may be asserted by Sinclair Publishing, Inc., Plaintiffs' motion for default judgment presents the risk of inconsistent determinations on common issues and defenses, such as lack of fault or lack of damages. For this reason, Plaintiffs' motion should either be denied or expressly limited to avoid the possibility of inconsistent results.

4. If the Court determines that entry of a default judgment against Defendant Sinclair Publishing, Inc. is appropriate, Amazon.com requests that the default judgment specify that Amazon.com and the other Defendants will not be held vicariously, jointly, or jointly and severally liable for any fault or damages attributable to Sinclair Publishing, Inc., and that such default judgment shall not reflect a determination of any facts or quantification of any damages with respect to any other Defendants.

Amazon.com therefore respectfully requests that Plaintiffs' Motion for Default Against Defendant Sinclair Publishing, Inc. be denied. Alternatively, if the Court believes that Plaintiffs' Motion for Default should be granted, Amazon.com respectfully requests that language be included in the Court's order providing that the default judgment shall apply only to Sinclair Publishing, Inc., shall not be a basis to impose any joint or vicarious liability upon any other defendant, and shall not act as an adjudication of any facts or issues with respect to any other defendant.

Respectfully Submitted,

_____
John Longstreth, # 367047
Jenée Desmond-Harris, #982624
K&L GATES LLP
1601 K St. NW
Washington, DC 20006-1600
Ph: 202.661.6271
Fax: 202.778.9100

Stephen A. Smith
Mathew J. Segal
Kari L. Vander Stoep
(all admitted *pro hac vice*)
K&L GATES, LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104-1158
Ph: 206.370.7800
Fax: 206.370.6177

Attorneys for Defendant,
AMAZON.COM, INC.

July 22, 2010

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Response of Defendant Amazon.com, Inc., to Plaintiffs' Motion for Default Judgment Against Defendant Sinclair Publishing, Inc. was served this 22nd day of July, 2010 via the Court's Electronic Case Filing ("ECF") system. I understand that notice of this filing will be sent to all parties by operation of the Court's ECF system.

_____
John Longstreth