# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DANIEL PARISI, et al.,** | ) |
| Plaintiffs, | ) |
| vs. | ) |
| **LAWRENCE W. SINCLAIR**, | ) Civil Case No. 1:10-cv-00897 (RJL) |
| **BOOKS-A-MILLION, INC., et al.,** | ) |
| Defendants. | ) |

## DEFENDANT BOOKS-A-MILLION, INC.'S MOTION TO STRIKE

Defendant Books-A-Million, Inc. ("BAM"), by and through its undersigned attorneys and pursuant to FED. R. CIV. P. 12(f)(2), moves to strike immaterial and impertinent matter from Plaintiffs' Opposition to BAM's Motion to Dismiss.  Specifically, BAM moves that the Court strike paragraphs 4 through 17 and 20 through 24 of the Declaration of Richard J. Oparil, as well as Exhibits 1 through 14 and 17 through 21 thereto.  In support thereof, Books-A-Million tenders the memorandum in support filed contemporaneously herewith, which is incorporated by this reference as if fully set forth herein.

WHEREFORE, defendant Books-A-Million, Inc. respectfully requests that the Court enter its order striking paragraphs 4 through 17 and 20 through 24 of the Declaration of Richard J. Oparil, as well as Exhibits 1 through 14 and 17 through 21 thereto, and granting such other and further relief as the Court deems necessary and just under the circumstances.

Dated:  September 14, 2010

HUSCH BLACKWELL SANDERS LLP

By:    /s/ Steven J. Weber
      Steven J. Weber  # 412165
      750 17th Street N.W., Suite 1000
      Washington, D.C.  20006
      Telephone:  (202) 378-2300
      Facsimile:  (202) 378-2319
      E-mail:  steven.weber@huschblackwell.com

      Ralph W. Kalish, Jr. (*pro hac vice*)
      R. Prescott Sifton, Jr. (*pro hac vice*)
      190 Carondelet Plaza, Suite 600
      St. Louis, MO  63105
      Telephone:  (314) 480-1500
      Facsimile:  (314) 480-1505
      E-mail:  scott.sifton@huschblackwell.com

*Attorneys for Defendant Books-A-Million, Inc.*

**CERTIFICATE OF SERVICE**

     The undersigned certifies that on September 14, 2010 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Richard J. Oparil and Kevin M. Bell of Patton Boggs LLP, attorneys for plaintiffs; Stephen Smith, Mathew Segal, Kari Vander Stoep and John Longstreth of K&L Gates LLP, attorneys for defendant Amazon.com, Inc. and Linda Steinman and John Eastburg of Davis Wright Tremaine LLP, attorneys for defendant Barnes & Noble, Inc. and Barnesandnoble.com, Inc.  The undersigned further certifies that a copy of the foregoing was mailed to Lawrence W. Sinclair, P.O. Box 1963, Washington, D.C. 20013, this 14th day of September, 2010 via first-class U.S. Mail, postage pre-paid.

          /s/ Steven J. Weber
                Attorney