**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DANIEL PARISI, | * | |
| 1465 Route 23 | | |
| Wayne, NJ 07470, | * | |
| | | |
| WHITEHOUSE.COM, INC., | * | |
| 1465 Route 23 | | |
| Wayne, NJ 07470, | * | |
| | | |
| WHITEHOUSE NETWORK, LLC, | * | |
| 1465 Route 23 | | |
| Wayne, NJ 07470, | * | |
| | | |
| WHITE HOUSE COMMUNICATIONS, INC., | * | |
| PTY 4684, BOX 0843-03073 | | |
| Balboa, Ancon 0000 Panama, | * | |
| | | |
| Plaintiffs, | * | |
| | | |
| v. | * | Civil Action No. 1:10-cv-00897 |
| | | |
| LAWRENCE W. SINCLAIR, | * | |
| a/k/a "Larry Sinclair" | | |
| 9 Spring Drive | * | |
| Port Orange, FL 32129 | | |
| | * | |
| JEFFREY RENSE, | | |
| 1680 Ashland Street | * | |
| Ashland, OR 97520, | | |
| | * | |
| BARNES & NOBLE, INC., | | |
| 122 Fifth Avenue | * | |
| New York, NY 10011, | | |
| | * | |
| BARNESANDNOBLE.COM, LLC, | | |
| 76 Ninth Avenue | * | |
| New York, NY 10011, | | |
| | * | |
| AMAZON.COM, INC., | | |
| 410 Terry Avenue | * | |
| Seattle, WA 98109, | | |

BOOKS-A-MILLION, INC.,
402 Industrial Lane                              *
Birmingham, AL 35211,
                                                 *
SINCLAIR PUBLISHING, INC.,
9 Spring Drive                                   *
Port Orange, FL 32129,
                                                 *
     Defendants.
                                                 *

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## **DEFENDANT JEFFREY RENSE'S**
## **MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Defendant, Jeffrey Rense ("Mr. Rense"), by and through his counsel, JoAnne Zawitoski and the law firm of Semmes, Bowen and Semmes, hereby moves for entry of an Order:

    1.    Dismissing with prejudice Plaintiffs' Complaint as to Mr. Rense based on this Court's lack of personal jurisdiction over Mr. Rense pursuant to Fed. R. Civ. P. 12(b)(2) because Mr. Rense is a citizen of Oregon who lacks "continuous and systemic contacts with the District of Columbia" necessary to confer personal jurisdiction over him under the District of Columbia's long arm statute; and/or

    2.    dismissing with prejudice Plaintiffs' Complaint as to Mr. Rense based on the insufficiency of the process served on Mr. Rense pursuant to Fed. R. Civ. P. 12(b)(4), because the process served on Mr. Rense was addressed to a tanning business in a strip shopping center in Ashland that is not affiliated with Mr. Rense, and not to Mr. Rense's legal residence in Oregon; and/or

    3.    dismissing with prejudice Plaintiffs' Complaint as to Mr. Rense because the Complaint fails to state a claim against Mr. Rense upon which relief can be granted pursuant to Fed.

R. Civ. P. 12(b)(6); and/or

4. granting such other and further relief as this Court deems just and proper.

The grounds for Mr. Rense's Motion to Dismiss Plaintiffs' Complaint are more fully set forth in Mr. Rense's Memorandum in Support of his Motion.

## REQUEST FOR HEARING

Pursuant to LCvR 7(f), Mr. Rense requests a hearing on his Motion to Dismiss Plaintiffs' Complaint or, in the alternative, to Strike Plaintiffs' Claim for Punitive Damages.

Respectfully submitted,

/s/
JoAnne Zawitoski (D.C. Fed. Bar No. 419567)
Semmes, Bowen & Semmes, P.C.
25 South Charles Street, Suite 1400
Baltimore, Maryland 21201
Telephone No. (410) 539-5040
Facsimile No. (410) 539-5223
jzawitoski@semmes.com

*Counsel for Defendant, Jeffrey Rense*

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that on September 24, 2010 a copy of Defendant, Jeffrey Rense's Motion to Dismiss Plaintiffs' Complaint with Request for Oral Hearing, Memorandum in Support thereof, and proposed Order were served on counsel for the parties that have appeared in this case via electronic service in accordance with LCvR 5.4(b)(6) and on the following parties via first class mail, postage prepaid:

>Mr. Lawrence W. Sinclair
>P.O. Box 1963
>Washington, DC 20013

>Mr. Lawrence W. Sinclair,
>on behalf of Sinclair Publishing, Inc.
>P.O. Box 1963
>Washington, DC 20013

                        /s/
JoAnne Zawitoski (D.C. Fed. Bar No. 419567)