Lawrence W. Sinclair
Sinclair Publishing
Post Office Box 9222
Chattanooga, TN 37412
Email: larry@larrysinclair.org
(218) 269-2274

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Daniel Parisi, et al. ) | |
| Plaintiffs, ) | |
| vs. ) | Case No.: 10-cv-00897-RJL |
| Lawrence W. Sinclair, et al. ) | |
| Defendants. ) | |

## DEFENDANT SINCLAIRS' OPPOSITION TO BOOKSELLERS JOINT MOTION (Dkt #106) FOR RULE 54 (b) CERTIFICATION

Defendant, Lawrence W. Sinclair, pro se, respectfully files this Opposition to Booksellers Joint Motion for Rule 54(b) Certification (Dkt 106) and as grounds therefore state as follows:

1.   This Honorable Court did on March 31, 2011 enter its ORDER's granting Defendants Barnes & Noble ("B&N"); Books-A-Million (BAM) and Amazon.com (Amazon) respective motions for Summary Judgment and Motion to Dismiss.

2.   The legal standards set forth in this Court's Memorandum & Opinion while applied in the Courts Opinion to only the Bookseller defendant's Motion's, Sinclair believes some of these same standards will apply to the still pending Sinclair Motion to

Dismiss or for Summary Judgment (DKT 94). In such case granting Bookseller Defendants Joint Motion for Rule 54(b) Certification before the Court issue a decision/ruling on the still pending Sinclair (Dkt 94) and Rense (Dkt 56) Motion's would most likely create not only duplicate appeals before the DC Circuit Court of Appeals, but most likely would create three (3) appeals on the same grounds considering that this Court has STAYED Parisi v Ingram 1:10-cv-00974-RJL which is also pending before this Honorable Court.

3. Defendant Barnes & Noble still has pending before this Court a Cross-Claim against Sinclair, which B&N opposed (DKT 97) that still has not be decided before this Honorable Court.

4. Sinclair believes that to Grant Bookseller's Joint Motion (Dkt 106) at this time would create multiple appeals on the same grounds/issues that would be better served filed before the DC Circuit Court of Appeals in one single appeal.

5. The issue of Actual Malice as determined regarding the bookseller defendants would in our opinion also apply as to Sinclair; The Courts findings as to the "False Light" claims would most certainly apply likewise to Sinclair's Motion still pending before this Court.

Based on the above Defendant Sinclair opposes Bookseller's Joint Motion for Rule 54(b) Certification and respectfully asks that this Honorable Court DENY said Motion.

Dated this 31 day of May 2011

/s/ Lawrence W. Sinclair
Lawrence W. Sinclair, pro se
d/b/a Sinclair Publishing
Post Office Box 9222
Chattanooga, TN 37412

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing ***Defendant Sinclair's Opposition to Booksellers' Joint Motion for Rule 54(b) Certification*** was served this 31th day of May, 2011 via the Court's Electronic Filing (―ECF‖) system. I understand that notice of this filing will be sent to all parties by operation of the Court's ECF system.

/s/ Lawrence W. Sinclair