UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL PARISI, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:10-cv-00897-RJL |
| ) | |
| LAWRENCE W. SINCLAIR a/k/a "Larry Sinclair", ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' MOTION TO RECONSIDER ORDER
DISMISSING COMPLAINT AND ALTER OR AMEND JUDGMENT AND
FOR LEAVE TO FILE AN AMENDED AND SUPPLEMENTAL COMPLAINT**

Plaintiffs, Daniel Parisi, Whitehouse.com Inc., Whitehouse Network LLC, and White House Communications Inc., hereby respectfully move to reconsider the Court's February 29, 2012 Order dismissing this action as to defendants Lawrence Sinclair and Sinclair Publishing, Inc. and to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e), and for leave to file an amended and supplemental complaint pursuant to Fed. R. Civ. P. 15.

Support for this motion is set forth in the accompanying memorandum. The proposed pleading is attached to the memorandum as Ex. 1.

A proposed Order is attached.

Dated: March 13, 2012                    Respectfully submitted,

/s/ Richard J. Oparil
Richard J. Oparil (D.C. Bar No. 409723)
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6000
(202) 457-6315 (fax)

Kevin M. Bell (admitted *pro hac vice*)
PATTON BOGGS LLP
8484 Westpark Drive
McLean, VA 22102
(703) 744-8000
(703) 744-8001 (fax)

*Attorneys for Plaintiffs*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2012, a copy of the foregoing was served on counsel for the parties and the parties that have appeared in the case by the Court's ECF system.

/s/ Richard J. Oparil
Richard J. Oparil (DC Bar No. 409723)

5223190