Today's Deals   |   Gift Cards   |   Help

Shop by Department    **Search** Books    Go    Hello, **Sig** Your Ac

**Books**    Advanced Search    Browse Subjects    New Releases    Best Sellers    The New York Times® Best Sellers    Children's Books    Text

**Barack Obama & Larry Sinclair: Cocaine, Sex, Lies & Murder** and over one million other books are availab

Learn more





See all 8 customer images
Share your own customer images
Publisher: learn how customers can search inside this book.

# Barack Obama & Larry Sinclair: Cocaine, Sex, Lies & Murder? [Hardcover]

**Lawrence W Sinclair**    (Author), **Jeff Rense** (Foreword)

(47 customer reviews) |

**Available from these sellers.**

**8 new** from $99.99    **19 used** from $89.99

 FREE Two-Day Shipping for students on millions of items. Learn more

| Formats | Amazon Price | New from | Used from |
|---|---|---|---|
| Kindle Edition | $9.00 | -- | -- |
| Hardcover | -- | $99.99 | $89.99 |

 **Sell Back Your Copy for $2.34** Whether you buy it used on Amazon for $89.99 or somewhere else, you can sell it back through our Book Trade-In Program at the current price of $2.34.

| | |
|---|---|
| Used Price | $89.99 |
| Trade-in Price | $2.34 |
| Price after Trade-in | $87.65 |

Start reading **Barack Obama & Larry Sinclair: Cocaine, Sex, Lies & Murder** on your Kindle **in under a minute**.

Don't have a Kindle? Get your Kindle here, or download a **FREE** Kindle Reading App.

Rea iPhone

**27**

Have

## Book Description

Publication Date: **June 15, 2009** | ISBN-10: **0578013878** | ISBN-13: **978-0578013879**

The biggest untold story of the 2008 U.S. Presidential Election... Finally, the no-holds-barred, 100% true story and sale of cocaine; his homosexual affairs and the December 23, 2007 murder of Barack Obama's former lov Obama's Chicago church of 20 years, Donald Young, just days before the 2008 Iowa Caucus. This searing cand Barack Obama meeting Larry Sinclair in November, 1999, and subsequently procuring and selling cocaine, and consensual, homosexual sex with Sinclair on November 6th and again on November 7, 1999. You'll read in rive in 2007, repeatedly contacted and requested that the Obama campaign simply come clean about their candida sales. You learn how the Obama campaign, David Axelrod and Barack Obama used Donald Young (the homose Obama) to contact and seek out information from Sinclair about who he had told of Obama's crimes and action

Obama campaign used internet porn king Dan Parisi and Ph.D. fraud Edward I. Gelb to conduct a rigged polyg to make the Sinclair story go away. The Obama team and the controlled media - specifically MSNBC's Chris Ma Olbermann, the New York Times, CNN, Politico's Ben Smith, The DailyKos, The Huffington Post and others - at Club for making its facilities available to Larry Sinclair for a news conference to present his evidence and allega You'll read how Vice President Joe Biden's son, Delaware Attorney General Beau Biden, issued an arrest warra fabricated charges to attempt to discredit Mr. Sinclair's National Press Club news conference. This is a stagger the sitting U.S.President with the help of the Mainstream Media, the Chicago Police Department, the FBI, the D General and others got away with murder and more....

## Customers Viewing This Page May Be Interested in These Sponsored Links (What's this?)

**Larry Sinclair** - Find **Larry Sinclair**; Online at Ask.com. Try It Now! www.ask.com/**Larry+Sinclai**

See a problem with these advertisements? Let us know

## Customers Who Bought This Item Also Bought



The Secret Life of Barack Hussein Obama by Mondo Frazier
(13)
$14.44



The Manchurian President: Barack Obama's Ties... by Aaron Klein
(169)
$17.13



Where's the Birth Certificate?: The Case that... by Jerome Corsi
(248)
$17.13



The Shadow Party: George Soros, Hilla Cli... by David Horowi
(86)
$10.87

## Editorial Reviews

### Review

The allegations Larry Sinclair makes in this book about our current president should be sending shock-waves t media. Consider that on November 6 & 7, 1999 Sinclair claims that he engaged in homosexual acts with then- Obama, who during these trysts not only procured cocaine for the author, but also smoked crack cocaine while relatively unknown outside his home state at the time, Obama hit the national stage in 2004 by delivering a ke Democratic National Convention. Sinclair realized only then that he'd engaged in sex with an up-and-coming p

After hearing what he perceived to be blatant lies about Obama's sexuality and drug use, Sinclair uploaded an made a television appearance in Puerto Rico, and addressed the National Press Club in Washington, DC. As a r Senior Advisor David Axelrod spearheaded a vindictive smear campaign against him, while Senator Joe Biden arranged for his arrest after the NPC speech. Even more incriminating, Sinclair writes about his concerns that Jeremiah Wright were involved in the murder of Obama's former lover, choirmaster Donald Young.

Whether you agree with him or not, Larry Sinclair's book is an authentic page-turner, one that I completed in where political correctness reigns supreme, it's refreshing to read an expose that lays all its chips on the table ramifications.

Victor Thorn author, Hillary (and Bill): The Sex Volume --Victor Thorn, Author Hillary (and Bill): The Sex Volun

"A shocking expose of an American President that makes Bill Clinton, and/or the rumors about John F. Kenned comparison."

Review by K. Kenny --K Kenny, October 4, 2009

I have just finished reading a book written by Lawrence W. Sinclair which title is: BARACK OBAMA & LARRY SI

Lies & MURDER?

As to the content: The author wrote his book under the most trying of circumstances including threats on his l
The lies that have been told about him, by Obama supporters, among people in high places, in government an
attest to one thing; THE BOOK IS TOTALLY NON-FICTION.

Plato (the philosopher) once pointed out that truth has a certain ring to it; Sinclair's book, without a doubt, pr
'ring of truth' in his (Larry's) book is loud and clear.

If you would like to learn of the depth politicians will go to amass power -- if you would like to learn of just a f
politicians make with the devil, get a copy of Sinclair's book. It will disgust you -- it will make you want to vom
angry as hell. Above all, it will make you realize "...this isn't Kansas, Toto." It is beyond belief that Mr. Sinclai
his book, let alone have it printed.

Two things are for sure: 1) After reading it you will know what type of hoodlum resides at 1600 Pennsylvania
Larry Sinclair is an admitted gay person, he is more of a 'man' than 99 percent of the politicians in Washingtor
Reads.com, July 24, 2009

Virtually everyone has heard about Larry Sinclair and his allegations regarding a couple of days he spent with
in 1999. After a highly orchestrated whitewashing by the mainstream media of the story, and after being black
book publisher he contacted regarding the publication of his story, Larry Sinclair decided to start his own publi
is the first book from Sinclair Publishing.

Obama's silence on Sinclair's allegations is deafening. It speaks volumes about what likely happened in Chicag
and 7, 1999. And although I was not there to witness the events, it sounds like, judging from the consistency
year and a half, and the fine details he provides in the book, that Sinclair is in fact telling the truth. It appears
leading a life as a closeted bisexual at least through 1999. Oh, and of course, he also seemed to have been fu
his drug use since, especially since college... --Chirpy Rumblings, October 24, 2009

## From the Publisher

The biggest untold story of the 2008 U.S. Presidential Election... Finally, the no-holds-barred, 100% true story
and sale of cocaine; his homosexual affairs and the December 23, 2007 murder of Barack Obama's former love
Obama's Chicago church of 20 years, Donald Young, just days before the 2008 Iowa Caucus. This searing canc
Barack Obama meeting Larry Sinclair in November, 1999, and subsequently procuring and selling cocaine, and
consensual, homosexual sex with Sinclair on November 6th and again on November 7, 1999. You'll read in rive
in 2007, repeatedly contacted and requested that the Obama campaign simply come clean about their candida
sales. You learn how the Obama campaign, David Axelrod and Barack Obama used Donald Young (the homose
Obama) to contact and seek out information from Sinclair about who he had told of Obama's crimes and action
Obama campaign used internet porn king Dan Parisi and Ph.D. fraud Edward I. Gelb to conduct a rigged polyg
to make the Sinclair story go away. The Obama team and the controlled media - specifically MSNBC's Chris Ma
Olbermann, the New York Times, CNN, Politico's Ben Smith, The DailyKos, The Huffington Post and others - at
Club for making its facilities available to Larry Sinclair for a news conference to present his evidence and alleg
You'll read how Vice President Joe Biden's son, Delaware Attorney General Beau Biden, issued an arrest warrar
fabricated charges to attempt to discredit Mr. Sinclair's National Press Club news conference. This is a staggeri
the sitting U.S.President with the help of the Mainstream Media, the Chicago Police Department, the FBI, the D
General and others got away with murder and more....

See all Editorial Reviews

## Product Details

**Hardcover:** 202 pages

**Publisher:** Sinclair Publishing, Inc. (June 15, 2009)

**Language:** English

**ISBN-10:** 0578013878

**ISBN-13:** 978-0578013879

**Product Dimensions:** 9.3 x 6.3 x 0.8 inches

**Shipping Weight:** 1 pounds

**Average Customer Review:** (47 customer reviews)

**Amazon Best Sellers Rank:** #937,441 in Books (See Top 100 in Books)

Would you like to **update product info**, **give feedback on images**, or **tell us about a lower price**?

## Customer Reviews

**47 Reviews**

| | | |
|---|---|---|
| 5 star: | | (31) |
| 4 star: | | (3) |
| 3 star: | | (1) |
| 2 star: | | (0) |
| 1 star: | | (12) |

**Average Customer Review**
(47 customer reviews)

Share your thoughts with other cust



### Most Helpful Customer Reviews

143 of 182 people found the following review helpful:

**Truth comes out**, July 13, 2009

By **Edward Safranski** (New York, NY) - See all my reviews

**This review is from:** Barack Obama & Larry Sinclair: Cocaine, Sex, Lies & Murder? (Hardcover)

I've read over a thousand books in my life and I highly recommend this one. I have the autographed copy #90 of 500 early released books. The Obama machine successfully and viciously suppressed the book for many months. But it has finally been printed and delivered. I want to add that I'm not a Republican or a Democrat. I think both parties are totally corrupt. That includes all members of the Bush Crime Family, Barack and Michelle Obama, the Clinton Crime Family, and most other politicians as well.

After reading it I have no doubt whatsoever that Larry Sinclair is telling the truth. He is open, honest, and in my opinion, not seeking a payoff. He freely acknowledges all of his own faults including his life of crime from his teens onward for about twenty years. Even though he's gay and I'm straight, he reminds me of myself, someone who cares very much about the truth getting out just for the sake of truthfulness. The truth is that Barack Obama sold him cocaine in Chicago in 1999. Barack Obama smoked crack while Larry Sinclair gave Obama oral sex twice, once in a limousine and the next day in a hotel room. It is almost certain that Barack Obama and Reverend Wright were the two who orchestrated the murder of Donald Young, the homosexual choirboy lover of Barack Obama, at the Chicago church in order to avoid a scandal. And now that murder is not being investigated by the Chicago police for it would no doubt lead to the White House.

The robot Obama supporters, Obots, engaged in a vicious smear campaign against Sinclair and I really am surprised and glad he is still alive and I admire his courage in telling the truth. Sometimes the truth does come out in spite of all obstacles. Happy book reading.

**Most Recent Customer Re**

**Baseless Comme**
It is obvious that many of th comments here are by peopl read the book. Their reviews about the book, they are poli attacks... **Read more**
Published 5 days ago by S. Green

**Media Coming A**
**Jump on This one**
Tremendous Kindle book and by a video on YouTube. You Democrats are in denial but truth why Obama has been worst... **Read more**
Published 2 months ago by SmallBizC

**Really?**

**Help other customers find the most helpful reviews**
Was this review helpful to you?

Report abuse | Permalink
Comments (15)

132 of 173 people found the following review helpful:

**"All tyranny needs to gain a foothold is for people of good conscience to remain silent.",** July 18, 2009

By **John Medlin "StayAlive"** (USA) - See all my reviews

**This review is from:** Barack Obama & Larry Sinclair: Cocaine, Sex, Lies & Murder? (Hardcover)

[...]Sinclair's book would discuss his homosexual and cocaine sharing experiences with then Illinois State Senator Barack Obama in November 1999 and the events that followed after Sinclair's public disclosure of these events on YouTube in January 2008.

I had been following Sinclair's story on the Internet since February 2008. Having been a Press Officer in the US Army and an Internal Auditor, I was familiar with what can happen when the media turns against you and more importantly the patterns of people who tell the truth and those who don't. What impressed me most over the following nine months was Sinclair's story stayed the same, that on multiple occasions efforts were made to silence him on the Internet, and yet he persisted in the face of threats of murder to him and harm to members of his own family.

Yesterday, 14 July 2009, I received copy Number 81 of Sinclair's book, "Barack Obama & Larry Sinclair Cocaine, Sex, Lies & Murder?"

This books reeks of the truth and the words and style of Larry Sinclair. It is not "ghost-written". It is not a literary masterpiece and there are several typographical and grammatical mistakes. Most importantly it tells the true story of a man committed to exposing the truth. Sinclair pulls no punches and does not hide behind any equivocations about his past or his many flaws. He does provide very specific details about the dangerous journey he has taken to get the truth published, to speak truth to power. While parts of the book were previously published on his websites, he adds much more detail about what happened at the Democratic National Committee meeting in May 2008, the storm trooper tactics by the DC Metro Police after his appearance at the National Press Club in June 2008, the false charges initiated by Joe Biden's son, Attorney General Beau Biden in Delaware, the continued failure of the Chicago Police to investigate the murder of Donald Young in December 2007, the openly gay choir master of Obama's Trinity United Church of Christ, and of course the very specific details about President Obama's private parts.

It is shameful that the various mainstream media have refused to follow up on Sinclair's story, to challenge him on the facts, to challenge Joe and Beau Biden and the DC Metro Police on their false charges and imprisonment of Larry Sinclair in June 2008. Just imagine if they and the powerful interests they represent can do this to relatively unknown Larry Sinclair, what can they do to you?

"Barack Obama & Larry Sinclair Cocaine, Sex, Lies & Murder?" is a book worth reading for all those who seek the truth, an example of what a little, flawed man with incredible courage and persistence can achieve in

---

This is hilarious. I wonder wh[...] will be blowing next. Stay off[...] It turns you into a crazy.
Published 2 months ago by Joseph J.[...]

**It is sending sho[...]**
This books is sending shock [...] the media. They're laughing [...] what a knuckle dragging, gu[...] marrying, redneck, drug add[...]
**Read more**
Published 3 months ago by Mamamia[...]

**Larry Sinclair is [...]**
This book is nothing but a b[...] someone who has a history [...] abusing the trust of friends a[...] prostituting and drug use, sn[...]
**Read more**
Published 4 months ago by alfreda ca[...]

**An Important Bo[...]**
Although this book is sexuall[...] most important and historic [...] fact that author Sinclair has [...] mildly, a checkered past, I fo[...]
**Read more**
Published 4 months ago by E. Borgma[...]

**OOPS--LARRY O[...] WROTE "BUSH" BUT REVI[...] "OBAMA"**
Larry Sinclair, one of my forn[...] took three fiction-writing cou[...] was working on this book du[...] years of George W. Bush's fi[...]
**Read more**
Published 9 months ago by David R. [...]

**Very Interesting[...]**
I downloaded the Kindle vers[...] just about all of the reviews.[...] as well as the 5 star reviews [...] my opinion to buy the book [...]
**Read more**
Published 10 months ago by Sun God[...]

**If It Was True...[...] Would Of Been ALL Over T[...]**
This book belongs in the Cra[...] whimsical fantasy. If even 1%[...] were true...Rush Limbaugh a[...] would of been ALL over this.[...]
Published 12 months ago by Omar Ch[...]

**Fiction is not go[...]**

speaking truth to power. Job well done.

"All tyranny needs to gain a foothold is for people of good conscience to remain silent."
Thomas Jefferson

**Help other customers find the most helpful reviews**	Report abuse | Permalink

Was this review helpful to you?	Comments (12)

ring true.
It is amazing that people bel
Larry Sinclair. But then agai
that Obama is a muslim. The
was born somewhere other t
**Read more**
Published 12 months ago by Sandra

**Search Customer Reviews**

☑ Only search this product's review

› **See all 47 customer revi**

135 of 177 people found the following review helpful:
**In Memory of Donald Young**, June 25, 2009
By **Lance Vision** (East Coast) - See all my reviews
**This review is from:** Barack Obama & Larry Sinclair: Cocaine, Sex, Lies & Murder? (Hardcover)

Isn't it odd to have reviews prior to a book's release? A friend had an advance copy of the book and I have read it. What I find interesting is the absolute lack of objections from the Obama camp. They have assumed a head-in-the-sand posture that I believe will backfire. In court 'silence' is acquiescence. If it isn't true why haven't they sued Larry Sinclair for slander?

Sure you can hire people to scour the Internet for anything anti-Barack and have them cut and paste the same messages over and over, but what about the Illinois senator's itinerary for that lost weekend in November of 1999? Why can't we see it? Where are his cell phone records? Where is the limo driver Multani(sp?) Is he dead too?

What about mainstream media's complete rolling over about all things Obama? Doesn't anyone care about his past? Isn't anyone curious about where he was born? Why won't the president show us his vault birth certificate? At this point America, you are going to get what you deserve.

This book was hard to put down. It speaks of things I am unfamiliar with. It is after all, a high-stakes murder mystery that has been years in the making. There is a sequel. It would make a great movie.

I still can't figure out the nasty comments from people that haven't read it yet. That is some very strong kool-aid. Get the book, read the book and then realize who is in the WH. Good job Larry; it's not easy to write a book while the establishment is doing everything in their power to prevent it. THEY failed the test.

**Help other customers find the most helpful reviews**	Report abuse | Permalink

Was this review helpful to you?	Comments (12)

Share your thoughts with other customers:

› **See all 47 customer reviews...**

## Customers Also Bought Items By



## What Other Items Do Customers Buy After Viewing This Item?

 **The Secret Life of Barack Hussein Obama** by Mondo Frazier   Hardcover
(13)
$14.44

 **Throw Them All Out** by Peter Schweizer   Hardcover
(119)
$15.18

 **Amazon Gift Card - E-mail - All Occasions** by Amazon
(3,050)
$50.00

 **Kindle Fire, Full Color 7" Multi-touch Display, Wi-Fi** by Amazon
(15,234)
$199.00

› **Explore similar items**

## Looking for "larry sinclair" Products?

**Other customers suggested these items:**



**Barack Obama & Larry Sinclair: Cocaine, Sex, Lies & Murder** by Lawrence W Sinclair
(5)
Suggested by 1 customer



**Obama's Wars** by Bob Woodward
(164)  $19.40
Suggested by 1 customer



**The Case Against Barack Obama: The Unlikely Rise and Unexamined Agenda of the Media's Favorite Candi...** by David Freddoso
(221)  $13.21
Suggested by 1 customer

**Where's... The Cas... is not El...** by Jero...
Suggested...

## Tag this product  (What's this?)

Think of a tag as a keyword or label you consider is strongly related to this product.
Tags will help all customers organize and find favorite items.

› **Explore product tags**

**Search Products Tagged**

## Tag this product  (What's this?)

## Customer Discussions

**This product's forum**
› See all 3 discussions...

## Listmania!

## So You'd Like to...

## eGift This Item (What's this?)

**Instant Delivery:** E-mail a gift card suggesting this item

**Flexible Gifting Choices:** They can choose this, or pick from millions of other items.





## Look for Similar Items by Category

Books > Biographies & Memoirs > Leaders & Notable People > Political
Books > Biographies & Memoirs > Leaders & Notable People > Presidents & Heads of State
Books > Biographies & Memoirs > True Accounts > Murder & Mayhem
Books > New & Used Textbooks
Books > Politics & Social Sciences > Current Events > Conspiracy Theories
Books > Politics & Social Sciences > Social Sciences

## Look for Similar Items by Subject

Search **Books** by subject:
- ☐ Biography/Autobiography
- ☐ Conspiracies
- ☐ Friends and associates
- ☐ Obama, Barack
- ☐ Sinclair, Lawrence W.
- ☐ United States
- ☐ Biography / Autobiography
- ☐ Conspiracies - United States
- ☐ Obama, Barack - Friends and associates
- ☐ Biography & Autobiography
- ☐ BIOGRAPHY & AUTOBIOGRAPHY / Presidents & Heads of State
- ☐ Biography & Autobiography / Political
- ☐ Biography & Autobiography : Presidents & Heads of State
- ☐ Murder - General
- ☐ Political
- ☐ Presidents & Heads of State
- ☐ True Crime : Murder - General
- ☐ Political leaders & leadership
- ☐ True crime
- ☐ Biography: Historical, Political & Military
- ☐ Nonfiction - Politics

Find books matching ALL checked subjects

i.e., each book must be in subject 1 AND subject 2 AND ...

**Feedback**

- If you need help or have a question for Customer Service, **contact us**.
- Would you like to **update product info**, **give feedback on images**, or **tell us about a lower price**?
- Is there any other feedback you would like to provide? **Click here**

**Your Recent History** (What's this?)



| Get to Know Us | Make Money with Us | Let Us Help You |
|---|---|---|
| Careers | Sell on Amazon | Your Account |
| Investor Relations | Become an Affiliate | Shipping Rates & Policies |
| Press Releases | Advertise Your Products | Amazon Prime |
| Amazon and Our Planet | Independently Publish with Us | Returns Are Easy |
| Amazon in the Community | › See all | Manage Your Kindle |
| | | Help |

amazon.com

Canada   China   France   Germany   Italy   Japan   Spain   United Kingdom

| AbeBooks | AmazonLocal | AmazonWireless | Askville | Audible | BeautyBar.com | Book Depository | CreateSpace |
|---|---|---|---|---|---|---|---|
| Rare Books & Textbooks | Great Local Deals in Your City | Cellphones & Wireless Plans | Community Answers | Download Audio Books | Prestige Beauty Delivered | Books With Free Delivery Worldwide | Indie Publishing Made Easy |
| Diapers.com | DPReview | Endless | Fabric | IMDb | MYHABIT | Shopbop | Small Parts |
| Everything But The Baby | Digital Photography | Shoes & More | Sewing, Quilting & Knitting | Movies, TV & Celebrities | Private Fashion Designer Sales | Designer Fashion Brands | Industrial Supplies |

| Soap.com<br>Health, Beauty &<br>Home Essentials | Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Woot<br>Never Gonna<br>Give You Up | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing |

Conditions of Use    Privacy Notice    © 1996-2012, Amazon.com, Inc. or its affiliates