Hello. Sign in to get personalized recommendations. New customer? Start here.    FREE Two-Day Shipping: See details

Your Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards    Your Digital Items | Your Account | Help

Shop All Departments    Search Books    Cart    Wish List

Books | Advanced Search | Browse Subjects | New Releases | Best Sellers | The New York Times® Best Sellers | Children's Books | Textbooks | Sell Your Books

**Barack Obama & Larry Sinclair: Cocaine, Sex, Lies & Murder** and over one million other books are available for **Amazon Kindle**.
Learn more



# Barack Obama & Larry Sinclair: Cocaine, Sex, Lies & Murder? [Hardcover]

Lawrence W Sinclair    (Author), Jeff Rense (Foreword)

 (47 customer reviews)  |  (18)

**Available from these sellers.**

8 new from $99.99      19 used from $89.99

FREE Two-Day Shipping for students on millions of items. Learn more

| Formats | Amazon Price | New from | Used from |
|---|---|---|---|
| Kindle Edition | $9.00 | -- | -- |
| Hardcover | -- | $99.99 | $89.99 |

 **Sell Back Your Copy for $2.34**
Whether you buy it used on Amazon for $89.99 or somewhere else, you can sell it back through our Book Trade-In Program at the current price of $2.34.

| | |
|---|---|
| Used Price | $89.99 |
| Trade-in Price | $2.34 |
| Price after Trade-in | $87.65 |

See all 8 customer images
Share your own customer images
Publisher: learn how customers can search inside this book.

Start reading **Barack Obama & Larry Sinclair: Cocaine, Sex, Lies & Murder** on your Kindle **in under a minute**.

Don't have a Kindle? Get your Kindle here, or download a **FREE Kindle Reading App**.



**Kindle Edition**

Read first chapter FREE

Read the Kindle edition on Kindle, iPhone, iPad, Android, BlackBerry, PC and Mac.

**Sell Back Your Copy**
For a **$2.34** Gift Card
Trade in
Learn more

27 used & new from $89.99

Have one to sell?

Share

---

# Book Description

Publication Date: **June 15, 2009** | ISBN-10: **0578013878** | ISBN-13: **978-0578013879**

The biggest untold story of the 2008 U.S. Presidential Election... Finally, the no-holds-barred, 100% true story of Barack Obama's use and sale of cocaine; his homosexual affairs and the December 23, 2007 murder of Barack Obama's former lover and choir director of Obama's Chicago church of 20 years, Donald Young, just days before the 2008 Iowa Caucus. This searing candid story begins with Barack Obama meeting Larry Sinclair in November, 1999, and subsequently procuring and selling cocaine, and then engaging in consensual, homosexual sex with Sinclair on November 6th and again on November 7, 1999. You'll read in riveting detail how Sinclair, in 2007, repeatedly contacted and requested that the Obama campaign simply come clean about their candidate's 1999 drug use and sales. You learn how the Obama campaign, David Axelrod and Barack Obama used Donald Young (the homosexual lover of Barack Obama) to contact and seek out information from Sinclair about who he had told of Obama's crimes and actions. You'll read how the Obama campaign used internet porn king Dan Parisi and Ph.D. fraud Edward I. Gelb to conduct a rigged polygraph exam in an attempt to make the Sinclair story go away. The Obama team and the controlled media - specifically MSNBC's Chris Matthews, Keith Olbermann, the New York Times, CNN, Politico's Ben Smith, The DailyKos, The Huffington Post and others - attacked the National Press Club for making its facilities available to Larry Sinclair for a news conference to present his evidence and allegations to the world media. You'll read how Vice President Joe Biden's son, Delaware Attorney General Beau Biden, issued an arrest warrant on completely false, fabricated charges to attempt to discredit Mr. Sinclair's National Press Club news conference. This is a staggeringly true story of how the sitting U.S.President with the help of the Mainstream Media, the Chicago Police Department, the FBI, the Delaware Attorney General and others got away with murder and more....

---

**Customers Viewing This Page May Be Interested in These Sponsored Links**    (What's this?)

| | | |
|---|---|---|
| Larry Sinclair  | - Find **Larry Sinclair**; Online at Ask.com. Try It Now! | www.ask.com/Larry+Sinclair |
| Cocaine Addiction Info | - **Cocaine** Addiction Treatment & Help 24hr Free Help Line 1-866-677-7212 | www.**cocaine**treatment.info/ |

See a problem with these advertisements? Let us know                                          Advertise on Amazon

## Customers Who Bought This Item Also Bought
Page 1 of 4

  

**The Secret Life of Barack Hussein Obama** by Mondo Frazier (13) $14.44

**The Manchurian President: Barack Obama's Ties...** by Aaron Klein (169) $17.13

**Where's the Birth Certificate?: The Case that...** by Jerome Corsi (248) $17.13

**The Shadow Party: How George Soros, Hillary Cli...** by David Horowitz (86) $10.87

## Editorial Reviews

### Review

The allegations Larry Sinclair makes in this book about our current president should be sending shock-waves through our national media. Consider that on November 6 & 7, 1999 Sinclair claims that he engaged in homosexual acts with then-Illinois Senator Barack Obama, who during these trysts not only procured cocaine for the author, but also smoked crack cocaine while being fellated. Although relatively unknown outside his home state at the time, Obama hit the national stage in 2004 by delivering a keynote speech at the Democratic National Convention. Sinclair realized only then that he'd engaged in sex with an up-and-coming political superstar.

After hearing what he perceived to be blatant lies about Obama's sexuality and drug use, Sinclair uploaded an infamous YouTube video, made a television appearance in Puerto Rico, and addressed the National Press Club in Washington, DC. As a result, he describes how Senior Advisor David Axelrod spearheaded a vindictive smear campaign against him, while Senator Joe Biden and his son Beau arranged for his arrest after the NPC speech. Even more incriminating, Sinclair writes about his concerns that Obama and Reverend Jeremiah Wright were involved in the murder of Obama's former lover, choirmaster Donald Young.

Whether you agree with him or not, Larry Sinclair's book is an authentic page-turner, one that I completed in a single sitting. In an age where political correctness reigns supreme, it's refreshing to read an expose that lays all its chips on the table, regardless of the ramifications.

Victor Thorn author, Hillary (and Bill): The Sex Volume --Victor Thorn, Author Hillary (and Bill): The Sex Volume November 30, 2009

"A shocking expose of an American President that makes Bill Clinton, and/or the rumors about John F. Kennedy seem minor by comparison."

Review by K. Kenny --K Kenny, October 4, 2009

I have just finished reading a book written by Lawrence W. Sinclair which title is: BARACK OBAMA & LARRY SINCLAIR: Cocaine, Sex, Lies & MURDER?

As to the content: The author wrote his book under the most trying of circumstances including threats on his life and his family's lives. The lies that have been told about him, by Obama supporters, among people in high places, in government and the news media only attest to one thing; THE BOOK IS TOTALLY NON-FICTION.

Plato (the philosopher) once pointed out that truth has a certain ring to it; Sinclair's book, without a doubt, proves Plato's point. The 'ring of truth' in his (Larry's) book is loud and clear.

If you would like to learn of the depth politicians will go to amass power -- if you would like to learn of just a few of the 'deals' politicians make with the devil, get a copy of Sinclair's book. It will disgust you -- it will make you want to vomit -- it will make you angry as hell. Above all, it will make you realize "...this isn't Kansas, Toto." It is beyond belief that Mr. Sinclair was able to even publish his book, let alone have it printed.

Two things are for sure: 1) After reading it you will know what type of hoodlum resides at 1600 Pennsylvania Avenue and 2) Although Larry Sinclair is an admitted gay person, he is more of a 'man' than 99 percent of the politicians in Washington. --Joe7000 Good Reads.com, July 24, 2009

Virtually everyone has heard about Larry Sinclair and his allegations regarding a couple of days he spent with Barack Obama in Chicago in 1999. After a highly orchestrated whitewashing by the mainstream media of the story, and after being blackballed by every single book publisher he contacted regarding the publication of his story, Larry Sinclair decided to start his own publishing company, and this is the first book from Sinclair Publishing.

Obama's silence on Sinclair's allegations is deafening. It speaks volumes about what likely happened in Chicago back on November 6 and 7, 1999. And although I was not there to witness the events, it sounds like, judging from the consistency of Sinclair's story over a year and a half, and the fine details he provides in the book, that Sinclair is in fact telling the truth. It appears that indeed Obama was leading a life as a closeted bisexual at least through 1999. Oh, and of course, he also seemed to have been fudging the truth regarding his drug use since, especially since college... --Chirpy Rumblings, October 24, 2009

### From the Publisher

The biggest untold story of the 2008 U.S. Presidential Election... Finally, the no-holds-barred, 100% true story of Barack Obama's use and sale of cocaine; his homosexual affairs and the December 23, 2007 murder of Barack Obama's former lover and choir director of Obama's Chicago church of 20 years, Donald Young, just days before the 2008 Iowa Caucus. This searing candid story begins with Barack Obama meeting Larry Sinclair in November, 1999, and subsequently procuring and selling cocaine, and then engaging in consensual, homosexual sex with Sinclair on November 6th and again on November 7, 1999. You'll read in riveting detail how Sinclair, in 2007, repeatedly contacted and requested that the Obama campaign simply come clean about their candidate's 1999 drug use and sales. You learn how the Obama campaign, David Axelrod and Barack Obama used Donald Young (the homosexual lover of Barack Obama) to contact and seek out information from Sinclair about who he had told of Obama's crimes and actions. You'll read how the Obama campaign used internet porn king Dan Parisi and Ph.D. fraud Edward I. Gelb to conduct a rigged polygraph exam in an attempt to make the Sinclair story go away. The Obama team and the controlled media - specifically MSNBC's Chris Matthews, Keith Olbermann, the New York Times, CNN, Politico's Ben Smith, The DailyKos, The Huffington Post and others - attacked the National Press Club for making its facilities available to Larry Sinclair for a news conference to present his evidence and allegations to the world media. You'll read how Vice President Joe Biden's son, Delaware Attorney General Beau Biden, issued an arrest warrant on completely false, fabricated charges to attempt to discredit Mr. Sinclair's National Press Club news conference. This is a staggeringly true story of how the sitting U.S.President with the help of the Mainstream Media, the Chicago Police Department, the FBI, the Delaware Attorney General and others got away with murder and more....

See all Editorial Reviews

## Product Details

**Hardcover:** 202 pages
**Publisher:** Sinclair Publishing, Inc. (June 15, 2009)
**Language:** English
**ISBN-10:** 0578013878
**ISBN-13:** 978-0578013879
**Product Dimensions:** 9.3 x 6.3 x 0.8 inches
**Shipping Weight:** 1 pounds
**Average Customer Review:**       (47 customer reviews)
**Amazon Best Sellers Rank:** #937,441 in Books (See Top 100 in Books)

Would you like to **update product info**, **give feedback on images**, or **tell us about a lower price**?

## Customer Reviews

**47 Reviews**

| | |
|---|---|
| 5 star: | (31) |
| 4 star: | (3) |
| 3 star: | (1) |
| 2 star: | (0) |
| 1 star: | (12) |

**Average Customer Review**
(47 customer reviews)

Share your thoughts with other customers:

### Most Helpful Customer Reviews

143 of 182 people found the following review helpful:

**Truth comes out**, July 13, 2009
By **Edward Safranski** (New York, NY) - See all my reviews

**This review is from:** Barack Obama & Larry Sinclair: Cocaine, Sex, Lies & Murder? (Hardcover)

I've read over a thousand books in my life and I highly recommend this one. I have the autographed copy #90 of 500 early released books. The Obama machine successfully and viciously suppressed the book for many months. But it has finally been printed and delivered. I want to add that I'm not a Republican or a Democrat. I think both parties are totally corrupt. That includes all members of the Bush Crime Family, Barack and Michelle Obama, the Clinton Crime Family, and most other politicians as well.

After reading it I have no doubt whatsoever that Larry Sinclair is telling the truth. He is open, honest, and in my opinion, not seeking a payoff. He freely acknowledges all of his own faults including his life of crime from his teens onward for about twenty years. Even though he's gay and I'm straight, he reminds me of myself, someone who cares very much about the truth getting out just for the sake of truthfulness. The truth is that Barack Obama sold him cocaine in Chicago in 1999. Barack Obama smoked crack while Larry Sinclair gave Obama oral sex twice, once in a limousine and the next day in a hotel room. It is almost certain that Barack Obama and Reverend Wright were the two who orchestrated the murder of Donald Young, the homosexual choirboy lover of Barack

*Advertisement*

### Most Recent Customer Reviews

**Baseless Comments**
It is obvious that many of the negative comments here are by people who have never read the book. Their reviews are really not about the book, they are politically biased attacks... **Read more**
Published 5 days ago by S. Green

Obama, at the Chicago church in order to avoid a scandal. And now that murder is not being investigated by the Chicago police for it would no doubt lead to the White House.

The robot Obama supporters, Obots, engaged in a vicious smear campaign against Sinclair and I really am surprised and glad he is still alive and I admire his courage in telling the truth. Sometimes the truth does come out in spite of all obstacles. Happy book reading.

Help other customers find the most helpful reviews | Report abuse | Permalink
Was this review helpful to you? | Comments (15)

132 of 173 people found the following review helpful:
**"All tyranny needs to gain a foothold is for people of good conscience to remain silent."**, July 18, 2009
By **John Medlin "StayAlive"** (USA) - See all my reviews

This review is from: Barack Obama & Larry Sinclair: Cocaine, Sex, Lies & Murder? (Hardcover)

[...]Sinclair's book would discuss his homosexual and cocaine sharing experiences with then Illinois State Senator Barack Obama in November 1999 and the events that followed after Sinclair's public disclosure of these events on YouTube in January 2008.

I had been following Sinclair's story on the Internet since February 2008. Having been a Press Officer in the US Army and an Internal Auditor, I was familiar with what can happen when the media turns against you and more importantly the patterns of people who tell the truth and those who don't. What impressed me most over the following nine months was Sinclair's story stayed the same, that on multiple occasions efforts were made to silence him on the Internet, and yet he persisted in the face of threats of murder to him and harm to members of his own family.

Yesterday, 14 July 2009, I received copy Number 81 of Sinclair's book, "Barack Obama & Larry Sinclair Cocaine, Sex, Lies & Murder?"

This books reeks of the truth and the words and style of Larry Sinclair. It is not "ghost-written". It is not a literary masterpiece and there are several typographical and grammatical mistakes. Most importantly it tells the true story of a man committed to exposing the truth. Sinclair pulls no punches and does not hide behind any equivocations about his past or his many flaws. He does provide very specific details about the dangerous journey he has taken to get the truth published, to speak truth to power. While parts of the book were previously published on his websites, he adds much more detail about what happened at the Democratic National Committee meeting in May 2008, the storm trooper tactics by the DC Metro Police after his appearance at the National Press Club in June 2008, the false charges initiated by Joe Biden's son, Attorney General Beau Biden in Delaware, the continued failure of the Chicago Police to investigate the murder of Donald Young in December 2007, the openly gay choir master of Obama's Trinity United Church of Christ, and of course the very specific details about President Obama's private parts.

It is shameful that the various mainstream media have refused to follow up on Sinclair's story, to challenge him on the facts, to challenge Joe and Beau Biden and the DC Metro Police on their false charges and imprisonment of Larry Sinclair in June 2008. Just imagine if they and the powerful interests they represent can do this to relatively unknown Larry Sinclair, what can they do to you?

"Barack Obama & Larry Sinclair Cocaine, Sex, Lies & Murder?" is a book worth reading for all those who seek the truth, an example of what a little, flawed man with incredible courage and persistence can achieve in speaking truth to power. Job well done.

"All tyranny needs to gain a foothold is for people of good conscience to remain silent."
Thomas Jefferson

Help other customers find the most helpful reviews | Report abuse | Permalink
Was this review helpful to you? | Comments (12)

### Media Coming Alive and Will Jump on This one
Tremendous Kindle book and it is backed up by a video on YouTube. You know that the Democrats are in denial but we now know the truth why Obama has been one of America's worst... **Read more**
Published 2 months ago by SmallBizOwner

### Really?
This is hilarious. I wonder what Larry Sinclair will be blowing next. Stay off the crack, kids! It turns you into a crazy.
Published 2 months ago by Joseph J. Zukowski

### It is sending shock waves
This books is sending shock waves through the media. They're laughing their asses off at what a knuckle dragging, gun carrying, cousin marrying, redneck, drug addict, pimp that... **Read more**
Published 3 months ago by Mamamia

### Larry Sinclair is a liar!
This book is nothing but a bunch of lies by someone who has a history of lying, stealing, abusing the trust of friends and family, prostituting and drug use, smuggling and... **Read more**
Published 4 months ago by alfreda cade

### An Important Book!
Although this book is sexually explicit it is a most important and historic book. Despite the fact that author Sinclair has had, to put it mildly, a checkered past, I found this...
**Read more**
Published 4 months ago by E. Borgman

### OOPS--LARRY ORIGINALLY WROTE "BUSH" BUT REVISED IT TO "OBAMA"
Larry Sinclair, one of my former students who took three fiction-writing courses from me, was working on this book during the early years of George W. Bush's first term.
**Read more**
Published 9 months ago by David R. Eastwood

### Very Interesting....
I downloaded the Kindle version after reading just about all of the reviews.I read the 1 star as well as the 5 star reviews and formulated my opinion to buy the book based on the... **Read more**
Published 10 months ago by Sun Goddess

### If It Was True...Fox News Would Of Been ALL Over This
This book belongs in the Crackpot section of whimsical fantasy. If even 1% of this book were true...Rush Limbaugh and his cohorts would of been ALL over this. **Read more**
Published 12 months ago by Omar Chavez

### Fiction is not good if it doesn't ring true.
It is amazing that people believe a guy like Larry Sinclair. But then again, people believe that Obama is a muslim. They beleive that he was born somewhere other than Hawaii.
**Read more**
Published 12 months ago by Sandra

**Search Customer Reviews**

135 of 177 people found the following review helpful:

**In Memory of Donald Young**, June 25, 2009

By **Lance Vision** (East Coast) - *See all my reviews*

**This review is from:** Barack Obama & Larry Sinclair: Cocaine, Sex, Lies & Murder? (Hardcover)

Isn't it odd to have reviews prior to a book's release? A friend had an advance copy of the book and I have read it. What I find interesting is the absolute lack of objections from the Obama camp. They have assumed a head-in-the-sand posture that I believe will backfire. In court 'silence' is acquiescence. If it isn't true why haven't they sued Larry Sinclair for slander?

Sure you can hire people to scour the Internet for anything anti-Barack and have them cut and paste the same messages over and over, but what about the Illinois senator's itinerary for that lost weekend in November of 1999? Why can't we see it? Where are his cell phone records? Where is the limo driver Multani(sp?) Is he dead too?

What about mainstream media's complete rolling over about all things Obama? Doesn't anyone care about his past? Isn't anyone curious about where he was born? Why won't the president show us his vault birth certificate? At this point America, you are going to get what you deserve.

This book was hard to put down. It speaks of things I am unfamiliar with. It is after all, a high-stakes murder mystery that has been years in the making. There is a sequel. It would make a great movie.

I still can't figure out the nasty comments from people that haven't read it yet. That is some very strong kool-aid. Get the book, read the book and then realize who is in the WH. Good job Larry; it's not easy to write a book while the establishment is doing everything in their power to prevent it. THEY failed the test.

**Help other customers find the most helpful reviews**
Was this review helpful to you?

*Report abuse* | *Permalink*
**Comments (12)**

Only search this product's reviews

› **See all 47 customer reviews...**

Share your thoughts with other customers:

› **See all 47 customer reviews...**

## Customers Also Bought Items By



## What Other Items Do Customers Buy After Viewing This Item?


The Secret Life of Barack Hussein Obama  by Mondo Frazier  Hardcover
(13)
$14.44


Throw Them All Out  by Peter Schweizer  Hardcover
(119)
$15.18


Amazon Gift Card - E-mail - All Occasions  by Amazon
(3,050)
$50.00


Kindle Fire, Full Color 7" Multi-touch Display, Wi-Fi  by Amazon
(15,234)
$199.00

› **Explore similar items**

**Tag this product**   (What's this?)

**Search Products Tagged with**

Think of a tag as a keyword or label you consider is strongly related to this product.
Tags will help all customers organize and find favorite items.

› **Explore product tags**

**Customer Discussions**

**This product's forum**
› **See all 3 discussions...**

**Listmania!**

**So You'd Like to...**

**eGift This Item**   (What's this?)

**Instant Delivery:** E-mail a gift card suggesting this item

**Flexible Gifting Choices:** They can choose this, or pick from millions of other items.





**Look for Similar Items by Category**

Books > Biographies & Memoirs > Leaders & Notable People > Political
Books > Biographies & Memoirs > Leaders & Notable People > Presidents & Heads of State
Books > Biographies & Memoirs > True Accounts > Murder & Mayhem
Books > New & Used Textbooks
Books > Politics & Social Sciences > Current Events > Conspiracy Theories
Books > Politics & Social Sciences > Social Sciences

**Look for Similar Items by Subject**

**Search Books by subject:**

Biography/Autobiography
Conspiracies
Friends and associates
Obama, Barack
Sinclair, Lawrence W.
United States
Biography / Autobiography
Conspiracies - United States
Obama, Barack - Friends and associates
Biography & Autobiography
BIOGRAPHY & AUTOBIOGRAPHY / Presidents & Heads of State
Biography & Autobiography / Political
Biography & Autobiography : Presidents & Heads of State
Murder - General
Political
Presidents & Heads of State
True Crime : Murder - General
Political leaders & leadership
True crime
Biography: Historical, Political & Military
Nonfiction - Politics

Find books matching ALL checked subjects
i.e., each book must be in subject 1 AND subject 2 AND ...

**Feedback**

▸ If you need help or have a question for Customer Service, **contact us**.

- Would you like to **update product info**, **give feedback on images**, or **tell us about a lower price**?
- Is there any other feedback you would like to provide? **Click here**

## Your Recent History (What's this?)



| Get to Know Us | Make Money with Us | Let Us Help You |
|---|---|---|
| Careers | Sell on Amazon | Shipping Rates & Policies |
| Investor Relations | Become an Affiliate | Amazon Prime |
| Press Releases | Advertise Your Products | Returns Are Easy |
| Amazon and Our Planet | Independently Publish with Us | Manage Your Kindle |
| Amazon in the Community | › See all | Help |

**amazon.com**

Canada   China   France   Germany   Italy   Japan   Spain   United Kingdom

| AbeBooks<br>Rare Books<br>& Textbooks | AmazonLocal<br>Great Local Deals<br>in Your City | AmazonWireless<br>Cellphones &<br>Wireless Plans | Askville<br>Community<br>Answers | Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered | Book Depository<br>Books With Free<br>Delivery Worldwide | CreateSpace<br>Indie Publishing<br>Made Easy |
| Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | Endless<br>Shoes<br>& More | Fabric<br>Sewing, Quilting<br>& Knitting | IMDb<br>Movies, TV<br>& Celebrities | MYHABIT<br>Private Fashion<br>Designer Sales | Shopbop<br>Designer<br>Fashion Brands | Small Parts<br>Industrial<br>Supplies |
| Soap.com<br>Health, Beauty &<br>Home Essentials | Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Woot<br>Never Gonna<br>Give You Up | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing | | |

Conditions of Use   Privacy Notice   © 1996-2012, Amazon.com, Inc. or its affiliates