**AFFIDAVIT OF PHIL CLARK**

I, G. Phil Clark, state under oath that the statements contained in my Affidavit are true to the best of my knowledge and belief and after investigation.

1. I am the Chief Technology Officer for Lightning Source Inc. ("Lightning"). I have been employed with Lightning since 2000.

2. Lightning is a sister company to Ingram Book Group Inc. ("Ingram"). Ingram is primarily a wholesale distributor of book titles to Internet and traditional book retailers.

3. Lightning is primarily a Print on Demand ("POD") supplier of titles to Ingram and others.

4. As a POD supplier, the transactions between Lightning and its publishers (sometimes the authors are the publishers) occur over the internet. Publishers upload their manuscripts on Lightning's website and pay Lightning to transform those manuscripts into bound books or make them available in electronic format. As a result, Lightning's review of any manuscript is limited to a technical review of the computer file to assure that it will be compatible with Lightning's POD technology.

5. Before a client can create an account, the New Account screen advises that "Please take note that Lightning Source does not provide design, file work, editorial, promotional or marketing services. These are solely the responsibility of the publisher." (Exhibit 1)

6. Lighting advises potential customers and current customers of its expectations on its open website on the Internet that is publically available for viewing. Under "File Creation Guide" (page 4) (Exhibit 2) it is stated that: "Lightning expects to receive print-ready manuscript and cover files, and will not perform work of an editorial nature such as proofread, editing for content, typesetting , or making font alterations throughout a book. A digital file must be **'print ready'**, and sent in accordance with the digital file submission instructions...."

7. Unless a manuscript is not in a physical format that enables Lightning to print it, Lightning will print, publish and distribute any and all titles that are submitted for publication. Lightning does no editing, no fact-checking and no review of the title contents. Lightning has no input into any content and no editorial control over the works published.

8. Lightning currently receives between 200,000 and 400,000 submissions per month. Lightning to date has set up over 4 million titles. If Lightning were required to review all submissions Lightning would have to substantially limit the content it could accept or produce POD.

{Legal\99905\0003\00688330.DOC}

9. POD is a "green" concept. Books are printed on demand and wasted inventory is not stored and then pulped. Titles no longer have to "go out of print" if demand is slow. Digital files of the tiles are stored and titles printed upon demand.

10. Within the title set up at Lightning, the publisher is able to submit promotional material, also known as Publisher Marketing information, which is sent to Ingram and other purchasers of Lightning product such as Amazon and Barnes & Noble (Inc. and or.com).

11. The Marketing Description is received from the publishers with no review or editorial changes by Lightning. Lightning does no editing, no fact-checking and no review of the Publisher Marketing Information. Lightning has no input into any content and no editorial control over the Publisher Marketing Information.

12. The information submitted by the publisher to Lightning is downloaded into the LSI metadata system where it is maintained by Lightning for the purpose: (a) communicating publisher provided marketing information, (b) manufacturing specifications for orders received and (c) billing and publisher compensation for orders received.

13. Ingram receives the Marketing Descriptions from Lightning for the POD books it prints electronically. The electronic feed Ingram receives from Lightning goes into Ingram's Title Management System ("TIMS").

14. The titles *Barrack Obama & Larry Sinclair": Cocaine, Sex, Lies & Murder? ", EAN 9780578013879 (*"Hard Back) and *"Barrack Obama & Larry Sinclair", EAN* 9780615345062, ("Paperback") were set up through the above-described Lightning publisher program. They were both POD products.

15. The Marketing Descriptions Lightning received from Mr. Sinclair for the Hard Back and Paperback are maintained in our systems and are attached (Exhibits 3 & 4).

16. My review of the relevant records shows that Lightning conducted no writing, no editing, no fact-checking and no review of the Marketing Description contents; that Lightning had no input into any content of and no editorial control over the Marketing Description materials; and that Lightning made no changes to the Publisher Marketing description for the Hard Back or Paperback at any time. What was submitted by the publisher/author is what was received, stored, and electronically passed on to channel partners by Lightning.

17. Any actions we take with respect to POD submissions of manuscripts and marketing descriptions are maintained in a system of records called an audit trail. The attached audit trail shows that Lightning made no changes to Sinclair's submissions of the Hard Back, the Paperback, or the Marketing Descriptions. (Exhibit 5)

18. Lightning received no information that the Hard Back, Paperback, and Marketing Descriptions contained allegedly defamatory content until June 15, 2010.

19. On June 15, 2010 Ingram's Chief Legal Counsel, Linda K. Dickert ("Dickert"), issued communication to me and others. Due to that communication I instructed associates to input commands into the Lightning internal computer systems that cancelled both titles worldwide. I verified that his request had been carried out.

20. The Hard Cover and Paperback titles no longer are listed in Lightning's catalogue and not longer are available for commercial printing and distribution.

STATE OF FLORIDA
COUNTY OF Hillsborough

Sworn to and subscribed before me this 8th day of July, 2010, by G. Phil Clark.

GREGG RAISLER
MY COMMISSION # DD 864081
EXPIRES: April 18, 2013
Bonded Thru Notary Public Underwriters

(NOTARY SEAL)

Signature of Notary

Gregg Raisler
(Name of Notary Typed, Printed, or Stamped)

Personally Known ______ OR Produced Identification X
Type of Identification Produced FL Drivers License



Lightning Source - Mozilla Firefox
File Edit View History Bookmarks Tools Help
http://www.lightningsource.com/disclaimer.aspx
Lead Management Sy... LSI Customer and Imp... Lightning Source Login | Facebook Middle Tennessee Sta... Major League Soccer NASL Fox Soccer Home ESPN: The Worldwide ... Pandora Radio - Liste...
Matching Accounts - Lead Management... LSI Customer and Imprint Management Lightning Source
Lightning Source
Hello, Guest | Login | Contact Us | Site Map
BOOK DESIGN ESSENTIALS
REGISTER
New Client
NEW CLIENT
Thank you for your interest in Lightning Source.
If you are a publisher...
... and want to become a customer please proceed to our New Account page
Please note that Lightning Source does not provide design, file work, editorial, promotional or marketing services. These are solely the responsibility of the publisher
If you are not a publisher...
... and require publisher services, like design, editorial and marketing services, please contact an author services company.
Contact Us
INGRAM
start
Inbox - Microsoft Out...
RE: LSI and Parisi law...
RE: LSI and Parisi law...
Lightning Source - Mo...
http://lvfinapp01.ligh...
Oracle Applications R...
Oracle Applications - ...
11:28 AM
Wednesday
7/7/2010
EXHIBIT
1
tabbies



Lightning
Source®

FILE CREATION GUIDE
www.lightningsource.com

Exhibit 2 p1

EXHIBIT
2

 ## SUBMISSION NOTES

Lightning Source expects to receive print-ready manuscript and cover files, and will not perform work of an editorial nature such as proofreading, editing for content, typesetting, or making font alterations throughout a book. A digital file must be **'print ready'**, and sent in accordance with the digital file submission instructions provided to ensure that no problems will be encountered during the manufacturing process. Files are processed as received and are not pre-flighted prior to processing.

Publisher-requested special file editing or manipulation and image touch-up/manipulations will be charged to the publisher at the hourly custom services rate as described in Attachment A - LSI Rate Schedule.

Due to the complexity of processing and printing **COLOR** Books, no manipulation/edits can be made by LSI to any color book file submissions. This includes (but is not limited to) color correction or manipulation of color settings on files that have been submitted.

LSI allows for a 1/16" (2 mm) variance for **ALL** books printed. Please keep this in consideration when designing any text and cover files for **BLACK & WHITE / COLOR** book titles.

## NON-SUPPORTED PROGRAMS

**Microsoft Word / Microsoft Publisher**
**Adobe PageMaker**
**QuarkXPress 6.5 & older versions**
**InDesign CS2 & older versions**

We cannot offer technical support with file creation or provide cover templates for any of these programs

If using **Microsoft Word** for text files: **please do not** use the **'shortcut'** button located in the toolbar to create a PDF. We recommend using the **'print'** menu and choosing Adobe PDF as the print driver (instructional PDF on our website). The default conversion setting should be changed from **'Standard'** to (recommended) or the **'High Quality Print'** setting. This will help to ensure that **ALL** fonts are embedded including Base 14 fonts.

It is also important to change the PDF page size from **8.5"x 11"** (or **A4**) to the correct trim size for your book. If left at the default size of **'Letter'/A4**, your text block will center from left to right, but **not** top to bottom-- causing your proof to print incorrectly and cause delays.

For instructions on creating your PDF from Word, please visit our website, drop down the File Creation menu, and click on **'Digital Bookblock Creation (Standard Books)'**. In section 3, under 'Windows', select 'Microsoft Word' and an instructional PDF will be downloaded for your reference. (direct link below)

**Digital Bookblock Creation (Standard Books)**

Exhibit 2, p 2

HARD BACK

-----Original Message-----
From: pclark@ds13.argv.net [mailto:pclark@ds13.argv.net]
Sent: Friday, July 02, 2010 2:01 PM
To: Dickert, Linda
Subject: Re: Parisi v Ingram - XML control file

Attached is the actual metadata submitted by the publisher. This is what our systems received and subsequently stored ... i.e. this is before any editing could have occured by LSI staff.

(See attached file: 9780578013879-control.xml)

Embedded in this file is the following book description (annotation) ...
<annotations><![CDATA[

The biggest untold story of the 2008 US Presidential Election.

Finally, the no-holds-barred, 100% true story of Barack Obama's use and sale of cocaine; his homosexual affairs and the Christmas Eve, Eve murder of Barack Obama's former lover and Choir Director of Obama's Chicago church of 20 years, Donald Young, just days before the 2008 Iowa Caucus.

This searingly candid story begins with Barack Obama meeting Larry Sinclair in November, 1999, and subsequently procuring and selling cocaine, and then engaging in consensual, homosexual sex with Sinclair on November 6th and again on November 7, 1999.

You'll read in riveting detail how Sinclair, in 2007, repeatedly contacted and requested that the Obama campaign simply come clean about their candidate's 1999 drug use and sales. You learn how the Obama campaign, David Axelrod and Barack Obama used Donald Young (the homosexual lover of Barack Obama) to contact and seek out information from Sinclair about who he had told of Obama's crimes and actions.

You'll read how the Obama campaign used Internet porn king Dan Parisi and 'PhD' fraud Edward I. Gelb to conduct a rigged Polygraph exam in an attempt to make the Sinclair story go away.

The Obama team and the controlled media - specifically MSNBC's Chris Matthews, Keith Olbermann, the New York Times, CNN, Politico's Ben Smith, The DailyKos, The Huffington Post and others - attacked the National Press Club for making its facilities available to Larry Sinclair for a news conference to present his evidence and allegations to the world media. You'll read how Vice President Joe Biden's son, Delaware Attorney General Beau Biden, issued an arrest warrant on completely false, fabricated charges to attempt to discredit Mr. Sinclair's National Press Club News Conference.

EXHIBIT 3

This is a staggeringly true story of how the sitting US President with the help of the Mainstream Media, the Chicago Police Department, the FBI, the Delaware Attorney General and others got away with murder and more...]]></annotations>

<?xml version="1.0" encoding="utf-8" standalone="no" ?>
<!DOCTYPE LSIRequest *(View Source for full doctype...)*>
- <LSIRequest version="**45**" requestType="**CMSImport**" xmlns:dc="**http://purl.org/metadata/dublin_core**">
- <header>
- <submissionDate>
<year>**2009**</year>
<month>**6**</month>
<day>**6**</day>
</submissionDate>
- <publisherContactInfo customerID="**6041957**">
- <name>
- <![CDATA[
Sinclair Publishing, INC
]]>
</name>
- <email>
- <![CDATA[
lsinclair@sinclairpublishingllc.com
]]>
</email>
<phone>**386 761 0606**</phone>
</publisherContactInfo>
</header>
- <request>
<referenceNumbers titleID="**CSS445613**" />
- <dc:Title xmlns:dc="**http://purl.org/metadata/dublin_core**">
- <![CDATA[
Barack Obama & Larry Sinclair: Cocaine, Sex, Lies & Murder?
]]>
</dc:Title>
- <publisherImprint imprintID="**WEB6041957**">
- <![CDATA[
Sinclair Publishing, LLC
]]>
</publisherImprint>
- <pubDate>
<year>**2009**</year>
<month>**4**</month>
<day>**15**</day>
</pubDate>
- <publisher pubID="**6041957**">
- <![CDATA[
Sinclair Publishing, INC
]]>
</publisher>
<dc:Language language="**ENG**" xmlns:dc="**http://purl.org/metadata/dublin_core**" />

- <contributor role="**A**">
<combinedName>**Sinclair, Lawrence W**</combinedName>
<lastName>**Sinclair**</lastName>
<firstName>**Lawrence**</firstName>
<middleName>**W**</middleName>
</contributor>
- <fileList>
<item id="**COVER0**" bookPart="**COVER**" transmitBy="**UPLOAD**" sourceMaterial="**DIGITAL**" itemStatus="**setup**" complexity="**NONE**" />
<item id="**COVER1**" bookPart="**COVER**" transmitBy="**UPLOAD**" sourceMaterial="**DIGITAL**" itemStatus="**setup**" complexity="**NONE**">**POD/COVER/978-0-578-01387-9cov.pdf**</item>
<item id="**INTERIOR0**" bookPart="**INTERIOR**" transmitBy="**UPLOAD**" sourceMaterial="**DIGITAL**" itemStatus="**setup**" complexity="**NONE**" />
<item id="**INTERIOR1**" bookPart="**INTERIOR**" transmitBy="**UPLOAD**" sourceMaterial="**DIGITAL**" itemStatus="**setup**" complexity="**NONE**">**POD/INTERIOR/978-0-578-01387-9_txt.pdf**</item>
- <importBookTargetInfo>
- <general>
- <BISAC>
<subject code="**BIO010000**">**Biography & Autobiography : Political**</subject>
<subject code="**TRU002000**">**True Crime : Murder - General**</subject>
<subject code="**BIO011000**">**Biography & Autobiography : Presidents & Heads of State**</subject>
</BISAC>
</general>
- <POD>
- <targetInfo targetStatus="**setup**" targetSource="**CSS**">
<pages>**324**</pages>
<advanceAnnotation advAnnotation="**yes**" />
<illustrationFlag illustration="**no**" />
- <annotations>
- <![CDATA[

The biggest untold story of the 2008 US Presidential Election.

Finally, the no-holds-barred, 100% true story of Barack Obama's use and sale of cocaine; his homosexual affairs and the Christmas Eve, Eve murder of Barack Obama's former lover and Choir Director of Obama's Chicago church of 20 years, Donald Young, just days before the 2008 Iowa Caucus.

This searingly candid story begins with Barack Obama meeting Larry Sinclair in November, 1999, and subsequently procuring and selling cocaine, and then engaging in consensual, homosexual sex with Sinclair on November 6th and again on November 7, 1999.

You'll read in riveting detail how Sinclair, in 2007, repeatedly contacted and requested that the Obama campaign simply come clean about their candidate's 1999 drug use and sales. You learn how the Obama campaign, David Axelrod and Barack Obama used Donald Young (the homosexual lover of Barack Obama) to contact and seek out information from Sinclair about who he had told of Obama's crimes and actions.

You'll read how the Obama campaign used Internet porn king Dan Parisi and 'PhD' fraud Edward I. Gelb to conduct a rigged Polygraph exam in an attempt to make the Sinclair story go away.

The Obama team and the controlled media - specifically MSNBC's Chris Matthews, Keith Olbermann, the New York Times, CNN, Politico's Ben Smith, The DailyKos, The Huffington Post and others - attacked the National Press Club for making its facilities available to Larry Sinclair for a news conference to present his evidence and allegations to the world media. You'll read how Vice President Joe Biden's son, Delaware Attorney General Beau Biden, issued an arrest warrant on completely false, fabricated charges to attempt to discredit Mr. Sinclair's National Press Club News Conference.

This is a staggeringly true story of how the sitting US President with the help of the Mainstream Media, the Chicago Police Department, the FBI, the Delaware Attorney General and others got away with murder and more...

]]>
</annotations>
<mediaType media="**B**" />
<bookType id="**11**" />
- <dc:Identifier xmlns:dc="**http://purl.org/metadata/dublin_core**">
<ISBN>**978-0-578-01387-9**</ISBN>
</dc:Identifier>
<SKU>**0578013878**</SKU>
- <specialInstructions>
- <![CDATA[
]]>
</specialInstructions>
<retailerList interpretation="**A**" />
<OrderTypeEligibility type="**DS**" />
<OrderTypeEligibility type="**PP**" />
<OrderTypeEligibility type="**GA**" />
<OrderTypeEligibility type="**SR**" />
<OrderTypeEligibility type="**DI**" />
<complexity level="**1**" />
- <markets>
- <market marketID="**US**" currency="**USD**">

<publisherSuggestedPrice>**25.99**</publisherSuggestedPrice>
<discount>**45**</discount>
<returnsAllowedFlag return="**Yes-Deliver**" />
</market>
- <market marketID="**UK**" currency="**GBP**">
<publisherSuggestedPrice>**19.95**</publisherSuggestedPrice>
<discount>**45**</discount>
<returnsAllowedFlag return="**Yes-Deliver**" />
</market>
- <market marketID="**EU**" currency="**EUR**">
<publisherSuggestedPrice>**19.95**</publisherSuggestedPrice>
<discount>**45**</discount>
<returnsAllowedFlag return="**Yes-Deliver**" />
</market>
</markets>
<targetId>**CSS474104**</targetId>
<proofsRequested>**1**</proofsRequested>
- <flexField id="**20**" seq="**200**">
- <![CDATA[
N
]]>
</flexField>
</targetInfo>
- <stampedTextComposite>
<stampedTextLeft />
<stampedTextCenter>**Barack Obama & Larry Sinclair**</stampedTextCenter>
<stampedTextRight />
</stampedTextComposite>
<cover itemID="**COVER0**" />
<bookBlock itemID="**INTERIOR0**" halftoneCount="**0**" />
</POD>
</importBookTargetInfo>
</fileList>
<parentISBN>**9780578013879**</parentISBN>
</request>
</LSIRequest>

SOFT BACK

-----Original Message-----
From: pclark@ds13.argv.net [mailto:pclark@ds13.argv.net]
Sent: Friday, July 02, 2010 2:22 PM
To: Dickert, Linda
Subject: RE: Parisi v Ingram - XML control file - 9780615345062

Attached is the second control file ...

(See attached file: 9780615345062-control.xml)

<annotations><![CDATA[The allegations Larry Sinclair makes in this book about our current president should be sending shock-waves through our national media. Consider that on November 6 & 7, 1999 Sinclair claims that he engaged in homosexual acts with then-Illinois Senator Barack Obama, who during these trysts not only procured cocaine for the author, but also smoked crack cocaine while being fellated. Although relatively unknown outside his home state at the time, Obama hit the national stage in 2004 by delivering a keynote speech at the Democratic National Convention. Sinclair realized only then that he'd engaged in sex with an up-and-coming political superstar.

After hearing what he perceived to be blatant lies about Obama's sexuality and drug use, Sinclair uploaded an infamous YouTube video, made a television appearance in Puerto Rico, and addressed the National Press Club in Washington, DC. As a result, he describes how Senior Advisor David Axelrod spearheaded a vindictive smear campaign against him, while Senator Joe Biden and his son Beau arranged for his arrest after the NPC speech. Even more incriminating, Sinclair writes about his concerns that Obama and Reverend Jeremiah Wright were involved in the murder of Obama's former lover, choirmaster Donald Young.

Whether you agree with him or not, Larry Sinclair's book is an authentic page-turner, one that I completed in a single sitting. In an age where political correctness reigns supreme, it's refreshing to read an expose that lays all its chips on the table, regardless of the ramifications.
--Victor Thorn, Author Hillary (and Bill): The Sex Volume November 30, 2009

"A shocking expose of an American President that makes Bill Clinton, and/or the rumors about John F. Kennedy seem minor by comparison."
--K Kenny, October 4, 2009

Virtually everyone has heard about Larry Sinclair and his allegations regarding a couple of days he spent with Barack Obama in Chicago in 1999. After a highly orchestrated whitewashing by the mainstream media of the story, and after being blackballed by every single book publisher he contacted regarding the publication of his story, Larry Sinclair decided to start his own publishing company, and this is the first book from Sinclair Publishing.

EXHIBIT 4

Obama's silence on Sinclair's allegations is deafening. It speaks volumes about
what likely happened in Chicago back on November 6 and 7, 1999. And
although I was not there to witness the events, it sounds like, judging from the
consistency of Sinclair's story over a year and a half, and the fine
details he provides in the book, that Sinclair is in fact telling the truth. It
appears that indeed Obama was leading a life as a closeted bisexual at
 least through 1999. Oh, and of course, he also seemed to have been fudging the
truth regarding his drug use since, especially since college...
--Chirpy Rumblings, October 24, 2009


]]></annotations>

<?xml version="1.0" encoding="utf-8" standalone="no" ?>
<!DOCTYPE LSIRequest *(View Source for full doctype...)*>
- <LSIRequest version="**45**" requestType="**CMSImport**" xmlns:dc="**http://purl.org/metadata/dublin_core**">
- <header>
- <submissionDate>
<year>**2009**</year>
<month>**12**</month>
<day>**29**</day>
</submissionDate>
- <publisherContactInfo customerID="**6041957**">
- <name>
- <![CDATA[
Sinclair Publishing, INC
]]>
</name>
- <email>
- <![CDATA[
sinclairpublishing@att.net
]]>
</email>
<phone>**386 761 0606**</phone>
</publisherContactInfo>
</header>
- <request>
<referenceNumbers titleID="**CSS535510**" />
- <dc:Title xmlns:dc="**http://purl.org/metadata/dublin_core**">
- <![CDATA[
Barack Obama & Larry Sinclair
]]>
</dc:Title>
- <publisherImprint imprintID="**WEB6041957**">
- <![CDATA[
Sinclair Publishing, Inc.
]]>
</publisherImprint>
- <pubDate>
<year>**2009**</year>
<month>**6**</month>
<day>**15**</day>
</pubDate>
- <publisher pubID="**6041957**">
- <![CDATA[
Sinclair Publishing, INC
]]>
</publisher>
<dc:Language language="**ENG**" xmlns:dc="**http://purl.org/metadata/dublin_core**" />
- <contributor role="**A**">

<combinedName>Sinclair, Lawrence W</combinedName>
<lastName>Sinclair</lastName>
<firstName>Lawrence</firstName>
<middleName>W</middleName>
</contributor>
- <contributor role="U">
<combinedName>Rense, Jeff</combinedName>
<lastName>Rense</lastName>
<firstName>Jeff</firstName>
<middleName />
</contributor>
- <fileList>
<item id="COVER0" bookPart="COVER" transmitBy="UPLOAD" sourceMaterial="DIGITAL" itemStatus="setup" complexity="NONE" />
<item id="COVER1" bookPart="COVER" transmitBy="UPLOAD" sourceMaterial="DIGITAL" itemStatus="setup" complexity="NONE">POD/COVER/9780615345062_cov.pdf</item>
<item id="INTERIOR0" bookPart="INTERIOR" transmitBy="UPLOAD" sourceMaterial="DIGITAL" itemStatus="setup" complexity="NONE" />
<item id="INTERIOR1" bookPart="INTERIOR" transmitBy="UPLOAD" sourceMaterial="DIGITAL" itemStatus="setup" complexity="NONE">POD/INTERIOR/ISBN 9780615345062_txt.pdf</item>
- <importBookTargetInfo>
- <general>
- <BISAC>
<subject code="BIO010000">Biography & Autobiography : Political</subject>
<subject code="TRU002000">True Crime : Murder - General</subject>
<subject code="BIO011000">Biography & Autobiography : Presidents & Heads of State</subject>
</BISAC>
</general>
- <POD>
- <targetInfo targetStatus="setup" targetSource="CSS">
<pages>202</pages>
<advanceAnnotation advAnnotation="yes" />
<illustrationFlag illustration="no" />
- <annotations>
- <![CDATA[
The allegations Larry Sinclair makes in this book about our current president should be sending shock-waves through our national media. Consider that on November 6 & 7, 1999 Sinclair claims that he engaged in homosexual acts with then-Illinois Senator Barack Obama, who during these trysts not only procured cocaine for the author, but also smoked crack cocaine while being fellated. Although relatively unknown outside his home state at the time, Obama hit the national stage in 2004 by delivering a keynote speech at the Democratic National Convention. Sinclair realized only then that he'd engaged in sex with an up-and-coming political superstar.

After hearing what he perceived to be blatant lies about Obama's sexuality and drug use, Sinclair uploaded an infamous YouTube video, made a television appearance in Puerto Rico, and addressed the National Press Club in Washington, DC. As a result, he describes how Senior Advisor David Axelrod spearheaded a vindictive smear campaign against him, while Senator Joe Biden and his son Beau arranged for his arrest after the NPC speech. Even more incriminating, Sinclair writes about his concerns that Obama and Reverend Jeremiah Wright were involved in the murder of Obama's former lover, choirmaster Donald Young.

Whether you agree with him or not, Larry Sinclair's book is an authentic page-turner, one that I completed in a single sitting. In an age where political correctness reigns supreme, it's refreshing to read an expose that lays all its chips on the table, regardless of the ramifications.
--Victor Thorn, Author Hillary (and Bill): The Sex Volume
November 30, 2009

"A shocking expose of an American President that makes Bill Clinton, and/or the rumors about John F. Kennedy seem minor by comparison."
--K Kenny, October 4, 2009

Virtually everyone has heard about Larry Sinclair and his allegations regarding a couple of days he spent with Barack Obama in Chicago in 1999. After a highly orchestrated whitewashing by the mainstream media of the story, and after being blackballed by every single book publisher he contacted regarding the publication of his story, Larry Sinclair decided to start his own publishing company, and this is the first book from Sinclair Publishing.

Obama's silence on Sinclair's allegations is deafening. It speaks volumes about what likely happened in Chicago back on November 6 and 7, 1999. And although I was not there to witness the events, it sounds like, judging from the consistency of Sinclair's story over a year and a half, and the fine details he provides in the book, that Sinclair is in fact telling the truth. It appears that indeed Obama was leading a life as a closeted bisexual at least through 1999. Oh, and of course, he also seemed to have been fudging the truth regarding his drug use since, especially since college...
--Chirpy Rumblings, October 24, 2009

    ]]>
    </annotations>
  <mediaType media="**B**" />
  <bookType id="**2**" />
- <dc:Identifier xmlns:dc="**http://purl.org/metadata/dublin_core**">
  <ISBN>**978-0-615-34506-2**</ISBN>
    </dc:Identifier>

<SKU>**0615345069**</SKU>
- <specialInstructions>
- <![CDATA[
Ms. Henderson:

Please call me when you receive this info.

Thank you,

Lawrence Sinclair
386-761-0606
]]>
</specialInstructions>
<retailerList interpretation="**A**" />
<OrderTypeEligibility type="**DI**" />
<OrderTypeEligibility type="**SR**" />
<OrderTypeEligibility type="**GA**" />
<OrderTypeEligibility type="**DS**" />
<OrderTypeEligibility type="**PP**" />
<complexity level="**1**" />
- <markets>
- <market marketID="**US**" currency="**USD**">
<publisherSuggestedPrice>**18.99**</publisherSuggestedPrice>
<discount>**55**</discount>
<returnsAllowedFlag return="**Yes-Deliver**" />
</market>
- <market marketID="**UK**" currency="**GBP**">
<publisherSuggestedPrice>**21.99**</publisherSuggestedPrice>
<discount>**55**</discount>
<returnsAllowedFlag return="**Yes-Deliver**" />
</market>
- <market marketID="**EU**" currency="**EUR**">
<publisherSuggestedPrice>**21.99**</publisherSuggestedPrice>
<discount>**55**</discount>
<returnsAllowedFlag return="**Yes-Deliver**" />
</market>
</markets>
<targetId>**CSS566437**</targetId>
<proofsRequested>**1**</proofsRequested>
- <flexField id="**20**" seq="**200**">
- <![CDATA[
N
]]>
</flexField>
</targetInfo>
- <stampedTextComposite>
<stampedTextLeft />
<stampedTextCenter />
<stampedTextRight />
</stampedTextComposite>

<cover itemID="**COVER0**" />
<bookBlock itemID="**INTERIOR0**" halftoneCount="**0**" />
</POD>
</importBookTargetInfo>
</fileList>
<parentISBN>**9780615345062**</parentISBN>
</request>
</LSIRequest>

| "SOURCE" | "TRACKINGID" | "DATETIME" | "WFLEVEL1" | "WFLEVEL2" | "WFLEVEL3" | "INTERNALTASKID" | "INTERNALTASKDESC" | "EXTERNALTASKID" | "EXTERNALTASKDESC" | "OPERATOR" | "NOTES" | "WFKEY" | "EXTTRACKINGID" | "EXTERNALNOTES" |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CSS1 | CSS535510 | 12/26/2009 00:37:49 | Title Submission | POD | Book | Upload | Text Due Digital | WaitMaterial | Title Submitted, Awaiting Materials | sinclairpublish | | 60006267 | CSS535510 | Ms. Henderson:<br><br>Please call me when you receive this info.<br><br>Thank you,<br><br>Lawrence Sinclair<br>386-761-0606 |
| CSS1 | CSS535510 | 12/26/2009 00:37:49 | Title Submission | POD | Cover | Upload | Cover Due Digital | WaitMaterial | Title Submitted, Awaiting Materials | sinclairpublish | | 60006266 | CSS535510 | Ms. Henderson:<br><br>Please call me when you receive this info.<br><br>Thank you,<br><br>Lawrence Sinclair<br>386-761-0606 |
| CSS1 | CSS535510 | 12/26/2009 00:37:49 | Title Submission | POD | Master | Submitted | Title Submitted | Submitted | Title Submitted, Awaiting Materials | sinclairpublish | | 60006265 | CSS535510 | |
| TIMS | CSS535510 | 12/29/2009 16:12:02 | Operations | Master | | Apprvd for Dist | Title Live at Ingram | Apprvd for Dist | Available for Distribution | TI_UPDATE | | 75557625 | | |
| CMS | CSS535510 | 12/29/2009 16:12:03 | CMS | PrintOnDemand | | setup | Target in setup | | | cms_import_user | | 60362639 | | |
| CMS | CSS535510 | 12/30/2009 07:54:28 | PreMedia | DIGITAL | bookblock | partpremedia | Part in partpremedia | | | CMSAuto | | 60450828 | | |
| CMS | CSS535510 | 12/30/2009 07:54:28 | PreMedia | DIGITAL | cover | partpremedia | Part in partpremedia | | | CMSAuto | | 60450827 | | |
| CMS | CSS535510 | 12/30/2009 07:54:28 | CMS | PrintOnDemand | | premedia | Target in premedia | | Title in Premedia | Rachel Hamm | | 60450826 | | |
| CMS | CSS535510 | 12/30/2009 08:01:29 | PreMedia | DIGITAL | bookblock | special-specs | Part in special-specs | | | digibk | | 60450884 | | |
| CMS | CSS535510 | 12/31/2009 09:46:25 | PreMedia | DIGITAL | bookblock | edit | Part in edit | | | digibk | | 60475707 | | |
| CMS | CSS535510 | 12/31/2009 09:55:20 | PreMedia | DIGITAL | bookblock | posted | Part in posted | | | lpiuser | | 60475830 | | |
| DOCS | CSS535510 | 12/31/2009 09:55:20 | PreMedia | DIGITAL | bookblock | docsfail | AFP600 BOOKBLK Accepted by DOCS | docstore | BOOKBLK Accepted | digibk | Document was stored in /docs/vbfs1/9/LV5070493 | 60475831 | | |
| CMS | CSS535510 | 12/31/2009 09:57:53 | PreMedia | DIGITAL | cover | edit | Part in edit | | | digibk | | 60475866 | | |
| CMS | CSS535510 | 01/04/2010 09:10:23 | PreMedia | DIGITAL | cover | CoverSetup | Cover CFG Setup | | | asheets | | 60620808 | | |
| CMS | CSS535510 | 01/04/2010 09:29:10 | CMS | PrintOnDemand | | proofready | Target in proofready | | | CMSAuto | | 60622943 | | |
| DOCS | CSS535510 | 01/04/2010 09:29:10 | PreMedia | DIGITAL | cover | docsfail | PS COVER Accepted by DOCS | docstore | COVER Accepted | digibk | Document was stored in /docs/vbfs24/13/LV5089553 | 60622944 | | |
| CMS | CSS535510 | 01/04/2010 09:29:10 | PreMedia | DIGITAL | cover | posted | Part in posted | | | lpiuser | | 60622942 | | |
| CMS | CSS535510 | 01/05/2010 00:37:07 | CMS | PrintOnDemand | | proofgenerated | Target in proofgenerated | | Proof has been generated | eva | | 60762342 | | |
| CMS | CSS535510 | 01/05/2010 09:57:58 | CMS | PrintOnDemand | | lsiapproved | Target in lsiapproved | | Title Approved by LS | Heather Henderson | 2 pp out 1/5/10 | 60794440 | | |
| CMS | CSS535510 | 01/05/2010 16:20:19 | CMS | PrintOnDemand | | onhold | Target in onhold | | | Heather Henderson | updating pub date | 60826512 | | |
| CMS | CSS535510 | 01/05/2010 16:20:50 | CMS | PrintOnDemand | | lsiapproved | Target in lsiapproved | | Title Approved by LS | Heather Henderson | | 60826545 | | |
| LSICSS | CSS535510 | 01/06/2010 11:26:52 | Title Submission | POD | | Proof Acceptance | Publisher Accepted Proof | Proof Acceptance | Publisher Accepted Proof | sinclairpublish | | 60952614 | CSS535510 | Ms. Henderson:<br><br>Please call me when you receive this info.<br><br>Thank you,<br><br>Lawrence Sinclair<br>386-761-0606 |
| CMS | CSS535510 | 01/06/2010 13:33:16 | CMS | PrintOnDemand | | production | Target in production | | Available for Printing/Download | CMSuser | | 61013265 | | |
| CMS | CSS535510 | 01/10/2010 14:06:10 | CMS | PrintOnDemand | | tiupdate | Target in tiupdate | | | TI_UPDATE | | 62444355 | | |
| CMS | CSS535510 | 01/10/2010 14:06:11 | CMS | PrintOnDemand | | production | Target in production | | Available for Printing/Download | TI_UPDATE | | 62444357 | | |
| CMS | CSS535510 | 06/15/2010 15:02:12 | CMS | PrintOnDemand | | pend-onhold | Target in pend-onhold | | Title Pending Revision | Heather Henderson | on hold per Cindi Street | 99185621 | | |
| CMS | CSS535510 | 06/15/2010 15:02:58 | CMS | PrintOnDemand | | PTORevision | PTO Revision Rejected - Orders Pending | | | AutoPTO | | 99185894 | | |
| CMS | CSS535510 | 06/15/2010 16:49:30 | CMS | PrintOnDemand | | onhold | Target in onhold | | | crawford | JWC - FORCING TO ONHOLD | 99196764 | | |
| CMS | CSS535510 | 06/24/2010 12:46:49 | CMS | PrintOnDemand | | proofready | Target in proofready | | | Heather Henderson | proof ready to get a proof copy for legal | 101198650 | | |
| CMS | CSS535510 | 06/24/2010 23:59:36 | CMS | PrintOnDemand | | proofgenerated | Target in proofgenerated | | Proof has been generated | elviar | | 101277216 | | |
| CMS | CSS535510 | 06/25/2010 10:39:56 | CMS | PrintOnDemand | | onhold | Target in onhold | | | Heather Henderson | | 101443452 | | |

EXHIBIT
5
tabbies

| "SOURCE" | "TRACKINGID" | "DATETIME" | "WFLEVEL1" | "WFLEVEL2" | "WFLEVEL3" | "INTERNALTASKID" | "INTERNALTASKDESC" | "EXTERNALTASKID" | "EXTERNALTASKDESC" | "OPERATOR" | "NOTES" | "WFKEY" | "EXTTRACKINGID" | "EXTERNALNOTES" |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CSS1 | CSS445613 | 03/20/2009 01:40:48 | Title Submission | POD | Master | Submitted | Title Submitted | Submitted | Title Submitted, Awaiting Materials | sinclairpublish | | 43433910 | CSS445613 | |
| CSS1 | CSS445613 | 03/20/2009 01:40:48 | Title Submission | POD | Book | Upload | Text Due Digital | WaitMaterial | Title Submitted, Awaiting Materials | sinclairpublish | | 43433912 | CSS445613 | |
| CSS1 | CSS445613 | 03/20/2009 01:40:48 | Title Submission | POD | Cover | Upload | Cover Due Digital | WaitMaterial | Title Submitted, Awaiting Materials | sinclairpublish | | 43433911 | CSS445613 | |
| CMS | CSS445613 | 06/06/2009 15:15:13 | CMS | PrintOnDemand | | setup | Target in setup | | | cms_import_user | | 46826541 | | |
| CMS | CSS445613 | 06/08/2009 08:27:49 | CMS | PrintOnDemand | | premedia | Target in premedia | | Title in Premedia | Heather Henderson | | 46921102 | | |
| CMS | CSS445613 | 06/08/2009 08:27:49 | PreMedia | DIGITAL | cover | partpremedia | Part in partpremedia | | | CMSAuto | | 46921103 | | |
| CMS | CSS445613 | 06/08/2009 08:27:49 | PreMedia | DIGITAL | bookblock | partpremedia | Part in partpremedia | | | CMSAuto | | 46921104 | | |
| CMS | CSS445613 | 06/08/2009 08:57:44 | PreMedia | DIGITAL | bookblock | edit | Part in edit | | | digibk | | 46922813 | | |
| DOCS | CSS445613 | 06/08/2009 08:59:21 | PreMedia | DIGITAL | bookblock | docsfail | AFP600 BOOKBLK Accepted by DOCS | docstore | BOOKBLK Accepted | digibk | Document was stored in /docs/vbfs2/11/LV3110185 | 46923134 | | |
| CMS | CSS445613 | 06/08/2009 08:59:21 | PreMedia | DIGITAL | bookblock | posted | Part in posted | | | lpiuser | | 46923133 | | |
| CMS | CSS445613 | 06/08/2009 09:03:17 | PreMedia | DIGITAL | cover | edit | Part in edit | | | digibk | | 46923650 | | |
| CMS | CSS445613 | 06/09/2009 09:17:56 | PreMedia | DIGITAL | cover | CoverSetup | Cover CFG Setup | | | asheets | | 46962774 | | |
| CMS | CSS445613 | 06/09/2009 09:20:25 | PreMedia | DIGITAL | cover | waitspecs | Part in waitspecs | | Title Received - Contact CSR | asheets | Spine text is too wide. The spine is .500 inches wide, however when spine safety is taken into account the spine text can be no wider than 0.375 inches. | 46962805 | | |
| CMS | CSS445613 | 06/09/2009 09:20:25 | CMS | PrintOnDemand | | waitspecs | Target in waitspecs | | Title Received - Contact CSR | asheets | Spine text is too wide. The spine is .500 inches wide, however when spine safety is taken into account the spine text can be no wider than 0.375 inches. | 46962804 | | |
| CSS1 | CSS445613 | 06/10/2009 06:53:38 | WebRevision | POD | Master | WebRevision | Web Revision Submitted | WebRevision | Web Revision Submitted | sinclairpublish | | 47000223 | CSS445613 | |
| CSS1 | CSS445613 | 06/10/2009 06:53:38 | WebRevision | POD | Cover | Uploaded | Revision Cover file uploaded | Uploaded | Cover Revision Submitted | sinclairpublish | | 47000224 | CSS445613 | |
| CMS | CSS445613 | 06/10/2009 07:05:10 | Revision | PrintOnDemand | Cover | Uploaded | Revision Cover File Uploaded | Uploaded | Cover Revision Submitted | cms_import_user | | 47000235 | | |
| CMS | CSS445613 | 06/10/2009 07:05:10 | Revision | PrintOnDemand | Master | Revision | Revision Submitted | Revision | Revision Submitted | cms_import_user | | 47000234 | | PROOF REQUESTED: NO<br>I was unable to remove the blue and red dotted lines from the LSI Cover template this time for some reason.<br><br>I am emailing POD Client Services Rep Heather Henderson this file and note as well. |
| CMS | CSS445613 | 06/10/2009 09:24:43 | PreMedia | DIGITAL | cover | edit | Part in edit | | | Heather Henderson | cover uploaded 6/10/09 proof no | 47006132 | | |
| CMS | CSS445613 | 06/10/2009 09:24:43 | CMS | PrintOnDemand | | premedia | Target in premedia | | Title in Premedia | CMSAuto | cover uploaded 6/10/09 proof no | 47006133 | | |
| CMS | CSS445613 | 06/10/2009 13:15:29 | PreMedia | DIGITAL | cover | waitspecs | Part in waitspecs | | Title Received - Contact CSR | asheets | Blue and red guides showing through cover background. If the template is on a separate layer that can be turned off as long as the other elements are kept in place. | 47018943 | | |
| CMS | CSS445613 | 06/10/2009 13:15:29 | CMS | PrintOnDemand | | waitspecs | Target in waitspecs | | Title Received - Contact CSR | asheets | Blue and red guides showing through cover background. If the template is on a separate layer that can be turned off as long as the other elements are kept in place. | 47018942 | | |
| CSS1 | CSS445613 | 06/11/2009 01:02:43 | WebRevision | POD | Cover | Uploaded | Revision Cover file uploaded | Uploaded | Cover Revision Submitted | sinclairpublish | | 47035828 | CSS445613 | |
| CSS1 | CSS445613 | 06/11/2009 01:02:43 | WebRevision | POD | Master | WebRevision | Web Revision Submitted | WebRevision | Web Revision Submitted | sinclairpublish | | 47035827 | CSS445613 | |
| CMS | CSS445613 | 06/11/2009 01:10:16 | Revision | PrintOnDemand | Master | Revision | Revision Submitted | Revision | Revision Submitted | cms_import_user | | 47035829 | | PROOF REQUESTED: NO<br>Revised Cover file. |
| CMS | CSS445613 | 06/11/2009 01:10:17 | Revision | PrintOnDemand | Cover | Uploaded | Revision Cover File Uploaded | Uploaded | Cover Revision Submitted | cms_import_user | | 47035830 | | |
| CMS | CSS445613 | 06/11/2009 11:17:44 | PreMedia | DIGITAL | cover | edit | Part in edit | | | Heather Henderson | cover uploaded 6/11/09 proof no | 47047401 | | |
| CMS | CSS445613 | 06/11/2009 11:17:45 | CMS | PrintOnDemand | | premedia | Target in premedia | | Title in Premedia | CMSAuto | cover uploaded 6/11/09 proof no | 47047402 | | |
| CMS | CSS445613 | 06/11/2009 13:04:57 | PreMedia | DIGITAL | cover | CoverSetup | Cover CFG Setup | | | asheets | | 47049743 | | |
| CMS | CSS445613 | 06/11/2009 13:25:41 | PreMedia | DIGITAL | cover | proof | Part in proof | | | digibk | | 47050533 | | |
| CMS | CSS445613 | 06/11/2009 13:25:49 | CMS | PrintOnDemand | | proofready | Target in proofready | | | CMSAuto | | 47050535 | | |
| DOCS | CSS445613 | 06/11/2009 13:25:49 | PreMedia | DIGITAL | cover | docsfail | PS COVER Accepted by DOCS | docstore | COVER Accepted | digibk | Document was stored in /docs/vbfs4/0/LV3114581 | 47050536 | | |
| CMS | CSS445613 | 06/11/2009 13:25:49 | PreMedia | DIGITAL | cover | posted | Part in posted | | | lpiuser | | 47050534 | | |
| CMS | CSS445613 | 06/17/2009 10:20:44 | CMS | PrintOnDemand | | proofgenerated | Target in proofgenerated | | Proof has been generated | Heather Henderson | | 47326923 | | |
| CMS | CSS445613 | 06/17/2009 10:20:51 | CMS | PrintOnDemand | | onhold | Target in onhold | | | Heather Henderson | | 47326927 | | |
| CMS | CSS445613 | 06/17/2009 10:20:57 | CMS | PrintOnDemand | | proofready | Target in proofready | | | Heather Henderson | | 47326932 | | |
| CMS | CSS445613 | 06/18/2009 02:41:51 | CMS | PrintOnDemand | | proofgenerated | Target in proofgenerated | | Proof has been generated | teresaj | | 47393809 | | |
| CMS | CSS445613 | 06/18/2009 10:12:38 | CMS | PrintOnDemand | | tsiapproved | Target in tslapproved | | Title Approved by LS | Heather Henderson | 3 pp out 6/18/09 | 47398599 | | |
| CSS1 | CSS445613 | 06/22/2009 22:43:00 | WebRevision | POD | Master | WebRevision | Web Revision Submitted | WebRevision | Web Revision Submitted | sinclairpublish | | 47592108 | CSS445613 | |
| CSS1 | CSS445613 | 06/22/2009 22:43:00 | WebRevision | POD | Book | Uploaded | Revision Book file uploaded | Uploaded | Book Revision Submitted | sinclairpublish | | 47592109 | CSS445613 | |
| CMS | CSS445613 | 06/22/2009 22:55:18 | Revision | PrintOnDemand | Master | Revision | Revision Submitted | Revision | Revision Submitted | cms_import_user | | 47592112 | | PROOF REQUESTED: YES<br>Sinclair Publishing, Inc.<br>Attn: Lawrence Sinclair<br>9 Spring Drive<br>Port Orange, FL 32129<br><br>386-761-0606 |
| CMS | CSS445613 | 06/22/2009 22:55:20 | Revision | PrintOnDemand | Book | Uploaded | Revision Text File Uploaded | Uploaded | Book Revision Submitted | cms_import_user | | 47592113 | | |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CMS | CSS445613 | 06/22/2009 22:55:21 | CMS | PrintOnDemand | | onhold | Target in onhold | | | cms_import_user | | 47592114 | | PROOF REQUESTED: YES<br>Sinclair Publishing, Inc.<br>Attn: Lawrence Sinclair<br>9 Spring Drive<br>Port Orange, FL 32129<br>386-761-0606 |
| CMS | CSS445613 | 06/23/2009 08:45:07 | PreMedia | DIGITAL | bookblock | edit | Part in edit | | | Heather Henderson | interior uploaded 6/23/09<br>PROOF REQUESTED: YES<br>Sinclair Publishing, Inc.<br>Attn: Lawrence Sinclair<br>9 Spring Drive<br>Port Orange, FL 32129 | 47594257 | | |
| CMS | CSS445613 | 06/23/2009 08:45:07 | CMS | PrintOnDemand | | revision | Target in revision | | Title in Revision | Heather Henderson | interior uploaded 6/23/09<br>PROOF REQUESTED: YES<br>Sinclair Publishing, Inc.<br>Attn: Lawrence Sinclair<br>9 Spring Drive<br>Port Orange, FL 32129 | 47594256 | | |
| CMS | CSS445613 | 06/23/2009 09:03:59 | PreMedia | DIGITAL | bookblock | posted | Part in posted | | | lpiuser | | 47594591 | | |
| CMS | CSS445613 | 06/23/2009 09:04:00 | CMS | PrintOnDemand | | proofready | Target in proofready | | | CMSAuto | | 47594592 | | |
| DOCS | CSS445613 | 06/23/2009 09:04:00 | PreMedia | DIGITAL | bookblock | docsfail | AFP600 BOOKBLK Accepted by DOCS | docstore | BOOKBLK Accepted | digibk | Document was stored in /docs/vbfs2/11/LV3110185 | 47594593 | | |
| CMS | CSS445613 | 06/23/2009 09:29:41 | CMS | PrintOnDemand | | rejected | Target in rejected | | Title in Premedia | Nan Willis | | 47595112 | | |
| CMS | CSS445613 | 06/23/2009 09:29:41 | PreMedia | DIGITAL | cover | edit | Part in edit | | | Nan Willis | | 47595113 | | |
| CMS | CSS445613 | 06/23/2009 09:30:17 | CMS | PrintOnDemand | | waitspecs | Target in waitspecs | | Title Received - Contact CSR | Nan Willis | Publisher sent a revised bookblock file with a revised page count. A revised cover file with the correct spine width is also needed to accommodate the revised page count. | 47595122 | | |
| CMS | CSS445613 | 06/23/2009 09:30:17 | PreMedia | DIGITAL | cover | waitspecs | Part in waitspecs | | Title Received - Contact CSR | Nan Willis | Publisher sent a revised bookblock file with a revised page count. A revised cover file with the correct spine width is also needed to accommodate the revised page count. | 47595123 | | |
| CMS | CSS445613 | 06/23/2009 15:39:29 | PreMedia | DIGITAL | cover | edit | Part in edit | | | Heather Henderson | | 47607174 | | |
| CMS | CSS445613 | 06/23/2009 15:39:30 | CMS | PrintOnDemand | | premedia | Target in premedia | | Title in Premedia | CMSAuto | | 47607175 | | |
| CMS | CSS445613 | 06/23/2009 15:45:10 | CMS | PrintOnDemand | | proofready | Target in proofready | | | CMSAuto | | 47607284 | | |
| CMS | CSS445613 | 06/23/2009 15:45:10 | PreMedia | DIGITAL | cover | posted | Part in posted | | | asheets | | 47607283 | | |
| CSS1 | CSS445613 | 06/23/2009 19:03:35 | WebRevision | POD | Cover | Uploaded | Revision Cover file uploaded | Uploaded | Cover Revision Submitted | sinclairpublish | | 47610614 | CSS445613 | |
| CSS1 | CSS445613 | 06/23/2009 19:03:35 | WebRevision | POD | Master | WebRevision | Web Revision Submitted | WebRevision | Web Revision Submitted | sinclairpublish | | 47610613 | CSS445613 | |
| CMS | CSS445613 | 06/23/2009 19:10:16 | Revision | PrintOnDemand | Master | Revision | Revision Submitted | Revision | Revision Submitted | cms_import_user | | 47610617 | | PROOF REQUESTED: NO |
| CMS | CSS445613 | 06/23/2009 19:10:17 | Revision | PrintOnDemand | Cover | Uploaded | Revision Cover File Uploaded | Uploaded | Cover Revision Submitted | cms_import_user | | 47610618 | | |
| CMS | CSS445613 | 06/24/2009 10:56:08 | CMS | PrintOnDemand | | rejected | Target in rejected | | Title in Premedia | Heather Henderson | cover uploaded 6/24/09 proof no | 47619412 | | |
| CMS | CSS445613 | 06/24/2009 10:56:09 | PreMedia | DIGITAL | cover | edit | Part in edit | | | Heather Henderson | cover uploaded 6/24/09 proof no | 47619413 | | |
| CMS | CSS445613 | 06/24/2009 10:56:18 | CMS | PrintOnDemand | | revision | Target in revision | | Title in Revision | Heather Henderson | cover uploaded 6/24/09 proof no | 47619417 | | |
| CMS | CSS445613 | 06/25/2009 08:47:05 | PreMedia | DIGITAL | cover | CoverSetup | Cover CFG Setup | | | asheets | | 47639056 | | |
| CMS | CSS445613 | 06/25/2009 08:57:11 | PreMedia | DIGITAL | cover | proof | Part in proof | | | digibk | | 47639328 | | |
| CMS | CSS445613 | 06/25/2009 08:57:16 | PreMedia | DIGITAL | cover | posted | Part in posted | | | lpiuser | | 47639330 | | |
| CMS | CSS445613 | 06/25/2009 08:57:17 | CMS | PrintOnDemand | | proofready | Target in proofready | | | CMSAuto | | 47639331 | | |
| DOCS | CSS445613 | 06/25/2009 08:57:17 | PreMedia | DIGITAL | cover | docsfail | PS COVER Accepted by DOCS | docstore | COVER Accepted | digibk | Document was stored in /docs/vbfs4/0/LV3114581 | 47639332 | | |
| CMS | CSS445613 | 06/26/2009 14:36:39 | PreMedia | DIGITAL | cover | edit | Part in edit | | | Heather Henderson | please change the barcode ext. pricing to 25.99 thank you! | 47706484 | | |
| CMS | CSS445613 | 06/26/2009 14:36:39 | CMS | PrintOnDemand | | rejected | Target in rejected | | Title in Premedia | Heather Henderson | please change the barcode ext. pricing to 25.99 thank you! | 47706483 | | |
| CMS | CSS445613 | 06/26/2009 14:36:51 | CMS | PrintOnDemand | | revision | Target in revision | | Title in Revision | Heather Henderson | please change barcode ext. pricing to 25.99 | 47706486 | | |
| CMS | CSS445613 | 06/26/2009 14:54:08 | PreMedia | DIGITAL | cover | posted | Part in posted | | | asheets | | 47706852 | | |
| CMS | CSS445613 | 06/26/2009 14:54:08 | CMS | PrintOnDemand | | proofready | Target in proofready | | | CMSAuto | | 47706853 | | |
| CMS | CSS445613 | 06/29/2009 09:18:14 | CMS | PrintOnDemand | | proofgenerated | Target in proofgenerated | | Proof has been generated | carleneb | | 47800425 | | |
| CMS | CSS445613 | 06/29/2009 11:47:19 | CMS | PrintOnDemand | | lsiapproved | Target in lsiapproved | | Title Approved by LS | Heather Henderson | 2 pp out 6/29/09 | 47804937 | | |
| LSICSS | CSS445613 | 06/30/2009 11:25:15 | Title Submission | POD | | Proof Acceptance | Publisher Accepted Proof | Proof Acceptance | Publisher Accepted Proof | sinclairpublish | | 47829240 | CSS445613 | |
| CMS | CSS445613 | 06/30/2009 11:25:24 | CMS | PrintOnDemand | | production | Target in production | | Available for Printing/Download | CMSuser | | 47829244 | | |
| CMS | CSS445613 | 07/02/2009 09:07:50 | CMS | PrintOnDemand | | pend-onhold | Target in pend-onhold | | Title Pending Revision | Heather Henderson | publisher needs to make revision | 47869382 | | |
| CSS1 | CSS445613 | 07/02/2009 11:03:27 | WebRevision | POD | Master | WebRevision | Web Revision Submitted | WebRevision | Web Revision Submitted | sinclairpublish | | 47871889 | CSS445613 | |
| CSS1 | CSS445613 | 07/02/2009 11:03:27 | WebRevision | POD | Book | Uploaded | Revision Book file uploaded | Uploaded | Book Revision Submitted | sinclairpublish | | 47871890 | CSS445613 | |
| CMS | CSS445613 | 07/02/2009 11:10:32 | Revision | PrintOnDemand | Book | Uploaded | Revision Text File Uploaded | Uploaded | Book Revision Submitted | cms_import_user | | 47871953 | | |
| CMS | CSS445613 | 07/02/2009 11:10:32 | Revision | PrintOnDemand | Master | Revision | Revision Submitted | Revision | Revision Submitted | cms_import_user | | 47871952 | | PROOF REQUESTED: YES<br>Please ship proof to<br>Sinclair Publishing, Inc<br>Attn. Lawrence Sinclair<br>9 Spring Dr<br>Port Orange, Florida 32129<br>386-761-0606<br>Thank you,<br>Lawrence Sinclair |
| CMS | CSS445613 | 07/02/2009 20:17:29 | CMS | PrintOnDemand | | onhold | Target in onhold | | | AutoPTO | | 47882542 | | |
| CMS | CSS445613 | 07/06/2009 09:54:26 | CMS | PrintOnDemand | | revision | Target in revision | | Title in Revision | Heather Henderson | interior uploaded 7/2/09 proof yes | 47989767 | | |
| CMS | CSS445613 | 07/06/2009 09:54:26 | PreMedia | DIGITAL | bookblock | edit | Part in edit | | | Heather Henderson | interior uploaded 7/2/09 proof yes | 47989769 | | |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CMS | CSS445613 | 07/06/2009 11:08:03 | CMS | PrintOnDemand | | proofready | Target in proofready | | | CMSAuto | | 47991584 | | |
| CMS | CSS445613 | 07/06/2009 11:08:03 | PreMedia | DIGITAL | bookblock | posted | Part in posted | | | lpiuser | | 47991583 | | |
| DOCS | CSS445613 | 07/06/2009 11:08:04 | PreMedia | DIGITAL | bookblock | docsfail | AFP600 BOOKBLK Accepted by DOCS | docstore | BOOKBLK Accepted | digibk | Document was stored in /docs/vbfs2/11/LV3110185 | 47991585 | | |
| CMS | CSS445613 | 07/07/2009 19:35:28 | CMS | PrintOnDemand | | proofgenerated | Target in proofgenerated | | Proof has been generated | dfetah | | 48052417 | | |
| CMS | CSS445613 | 07/08/2009 09:35:23 | CMS | PrintOnDemand | | lsiapproved | Target in lsiapproved | | Title Approved by LS | Heather Henderson | pp out 7/8/09 | 48060135 | | |
| CSS1 | CSS445613 | 07/09/2009 11:29:52 | WebRevision | POD | Book | Uploaded | Revision Book file uploaded | Uploaded | Book Revision Submitted | sinclairpublish | | 48102311 | CSS445613 | |
| CSS1 | CSS445613 | 07/09/2009 11:29:52 | WebRevision | POD | Master | WebRevision | Web Revision Submitted | WebRevision | Web Revision Submitted | sinclairpublish | | 48102310 | CSS445613 | |
| CMS | CSS445613 | 07/09/2009 11:40:17 | Revision | PrintOnDemand | Master | Revision | Revision Submitted | Revision | Revision Submitted | cms_import_user | | 48102433 | | PROOF REQUESTED: YES<br>This is the file that was uploaded on July 2, 2009 but the proof received on 7/9/09 is not of this file. Please correct this as the file used on the proof dated July 8,2009 was done with the wrong file. |
| CMS | CSS445613 | 07/09/2009 11:40:18 | Revision | PrintOnDemand | Book | Uploaded | Revision Text File Uploaded | Uploaded | Book Revision Submitted | cms_import_user | | 48102434 | | |
| CMS | CSS445613 | 07/09/2009 11:40:19 | CMS | PrintOnDemand | | onhold | Target in onhold | | | cms_import_user | | 48102435 | | PROOF REQUESTED: YES<br>This is the file that was uploaded on July 2, 2009 but the proof received on 7/9/09 is not of this file. Please correct this as the file used on the proof dated July 8,2009 was done with the wrong file. |
| CMS | CSS445613 | 07/09/2009 12:51:43 | PreMedia | DIGITAL | bookblock | edit | Part in edit | | | Heather Henderson | Interior was not processed on 7/6/09. Pub uploaded additional interior file 7/9/09. Please make sure that the newest file is used for processing.<br><br>Thank you!<br>Proof yes | 48104515 | | |
| CMS | CSS445613 | 07/09/2009 12:51:43 | CMS | PrintOnDemand | | revision | Target in revision | | Title in Revision | Heather Henderson | interior was not processed on 7/6/09. Pub uploaded additional interior file 7/9/09. Please make sure that the newest file is used for processing.<br><br>Thank you!<br>Proof yes | 48104514 | | |
| DOCS | CSS445613 | 07/09/2009 17:43:14 | PreMedia | DIGITAL | bookblock | docsfail | AFP600 BOOKBLK Accepted by DOCS | docstore | BOOKBLK Accepted | digibk | Document was stored in /docs/vbfs2/11/LV3110185 | 48113558 | | |
| CMS | CSS445613 | 07/09/2009 17:43:14 | PreMedia | DIGITAL | bookblock | posted | Part in posted | | | lpiuser | | 48113556 | | |
| CMS | CSS445613 | 07/09/2009 17:43:14 | CMS | PrintOnDemand | | proofready | Target in proofready | | | CMSAuto | | 48113557 | | |
| CMS | CSS445613 | 07/12/2009 22:47:36 | CMS | PrintOnDemand | | proofgenerated | Target in proofgenerated | | Proof has been generated | mansour | | 48227077 | | |
| CMS | CSS445613 | 07/13/2009 09:19:50 | CMS | PrintOnDemand | | lsiapproved | Target in lsiapproved | | Title Approved by LS | Heather Henderson | proof out on work order. last proof was incorrect rev. | 48230350 | | |
| LSICSS | CSS445613 | 07/14/2009 10:01:45 | Title Submission | POD | | Proof Acceptance | Publisher Accepted Proof | Proof Acceptance | Publisher Accepted Proof | sinclairpublish | | 48258659 | CSS445613 | |
| CMS | CSS445613 | 07/14/2009 10:02:32 | CMS | PrintOnDemand | | production | Target in production | | Available for Printing/Download | CMSuser | | 48258710 | | |
| CMS | CSS445613 | 07/26/2009 12:40:18 | CMS | PrintOnDemand | | tiupdate | Target in tiupdate | | | TI_UPDATE | | 48641959 | | |
| CMS | CSS445613 | 07/26/2009 12:40:18 | CMS | PrintOnDemand | | production | Target in production | | Available for Printing/Download | TI_UPDATE | | 48641960 | | |
| TIMS | CSS445613 | 08/09/2009 15:01:26 | Operations | Master | | Apprvd for Dist | Title Live at Ingram | Apprvd for Dist | Available for Distribution | TI_UPDATE | | 50156076 | | |
| CMS | CSS445613 | 11/01/2009 13:43:44 | CMS | PrintOnDemand | | production | Target in production | | Available for Printing/Download | TI_UPDATE | | 55713489 | | |
| CMS | CSS445613 | 11/01/2009 13:43:44 | CMS | PrintOnDemand | | tiupdate | Target in tiupdate | | | TI_UPDATE | | 55713488 | | |
| CMS | CSS445613 | 11/08/2009 13:57:02 | CMS | PrintOnDemand | | tiupdate | Target in tiupdate | | | TI_UPDATE | | 56430538 | | |
| CMS | CSS445613 | 11/08/2009 13:57:02 | CMS | PrintOnDemand | | production | Target in production | | Available for Printing/Download | TI_UPDATE | | 56430539 | | |
| CMS | CSS445613 | 12/04/2009 12:19:07 | CMS | PrintOnDemand | | pend-metarecall | Target in pend-metarecall | | Title Pending Revision | Heather Henderson | pub wants to update book description per LB | 58229687 | | |
| CMS | CSS445613 | 12/04/2009 12:21:17 | CMS | PrintOnDemand | | PTORevision | PTO Revision Rejected - Orders Pending | | | AutoPTO | | 58229749 | | |
| CMS | CSS445613 | 12/07/2009 14:52:01 | CMS | PrintOnDemand | | production | Target in production | | Available for Printing/Download | Heather Henderson | back to prod per larry sinclair | 58398109 | | |
| CMS | CSS445613 | 01/30/2010 13:19:08 | CMS | PrintOnDemand | | production | Target in production | | Available for Printing/Download | price_change | | 68272806 | | |
| CMS | CSS445613 | 01/30/2010 13:19:08 | CMS | PrintOnDemand | | production | Target in production | | Available for Printing/Download | price_change | | 68272804 | | |
| CMS | CSS445613 | 01/30/2010 13:19:08 | CMS | PrintOnDemand | | pricechange | Target in pricechange | | | price_change | | 68272803 | | |
| CMS | CSS445613 | 01/30/2010 13:19:08 | CMS | PrintOnDemand | | pricechange | Target in pricechange | | | price_change | | 68272805 | | |
| CMS | CSS445613 | 01/30/2010 13:19:09 | CMS | PrintOnDemand | | production | Target in production | | Available for Printing/Download | price_change | | 68272808 | | |
| CMS | CSS445613 | 01/30/2010 13:19:09 | CMS | PrintOnDemand | | pricechange | Target in pricechange | | | price_change | | 68272807 | | |
| CMS | CSS445613 | 05/01/2010 08:50:26 | CMS | PrintOnDemand | | pricechange | Target in pricechange | | | price_change | | 69893975 | | |
| CMS | CSS445613 | 05/01/2010 08:50:26 | CMS | PrintOnDemand | | pricechange | Target in pricechange | | | price_change | | 69893977 | | |
| CMS | CSS445613 | 05/01/2010 08:50:26 | CMS | PrintOnDemand | | pricechange | Target in pricechange | | | price_change | | 69893979 | | |
| CMS | CSS445613 | 05/01/2010 08:50:26 | CMS | PrintOnDemand | | production | Target in production | | Available for Printing/Download | price_change | | 69893976 | | |
| CMS | CSS445613 | 05/01/2010 08:50:26 | CMS | PrintOnDemand | | production | Target in production | | Available for Printing/Download | price_change | | 69893978 | | |
| CMS | CSS445613 | 05/01/2010 08:50:26 | CMS | PrintOnDemand | | production | Target in production | | Available for Printing/Download | price_change | | 69893980 | | |
| CMS | CSS445613 | 06/15/2010 10:54:25 | CMS | PrintOnDemand | | pend-onhold | Target in pend-onhold | | Title Pending Revision | Heather Henderson | title on hold per e-mail request from Cindi Street 6/15/10 | 99161391 | | |
| CMS | CSS445613 | 06/16/2010 00:29:52 | CMS | PrintOnDemand | | onhold | Target in onhold | | | AutoPTO | | 99239267 | | |