UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL PARISI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LAWRENCE W. SINCLAIR a/k/a "Larry Sinclair", *et al.*, <br><br> Defendants. | No. 1:10-cv-0897-RJL |

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL OF
DEFENDANTS LAWRENCE W. SINCLAIR AND SINCLAIR PUBLISHING, INC.**

Plaintiffs, Daniel Parisi, Whitehouse.com Inc., Whitehouse Network LLC, and White House Communications Inc. (collectively referred to as "plaintiffs"), and defendants, Lawrence W. Sinclair and Sinclair Publishing, Inc. (together referred to as "Sinclair"), hereby stipulate and agree, subject to the Court's approval, as follows:

1.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the settlement agreement among the parties, plaintiffs voluntarily dismiss all claims against Sinclair, with prejudice.

2.  Each party will bear its own costs and attorneys' fees.

3.  Plaintiffs' motion to alter or amend the judgment, for reconsideration and for leave to file an amended and supplemental complaint (Dkt. No. 158) is denied as moot.

SO ORDERED this ___ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE

- 2 -

| | |
|---|---|
| /s/ Richard J. Oparil<br>Richard J. Oparil<br>D.C. Bar No. 409723<br>PATTON BOGGS LLP<br>2550 M Street, NW<br>Washington, DC  20037<br>(202) 457-6000<br>(202) 457-6315 (fax)<br>roparil@pattonboggs.com<br><br>Attorneys for Plaintiffs<br><br>Dated:  March 30, 2012 | /s/ Lawrence W. Sinclair<br>Lawrence W. Sinclair (for himself and Sinclair Publishing, Inc.)<br>6 Spring Drive<br>Port Orange, FL 32129<br>(218) 269-2274<br>Email: larry@larrysinclair.org |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2012, a copy of the foregoing was served on counsel for the parties and the parties that have appeared in the case by the Court's ECF system.

/s/ Richard J. Oparil
Richard J. Oparil (DC Bar No. 409723)